# EXHIBIT A



SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY

AUG 15 2012

ENTERED

Form 35 (Rules 8-4(1), 13-1(3) and 17-1(2))

No. S125711
Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

### ALGAECAL INC.

PLAINTIFF

AND:

### JAMES FINLAYSON

DEFENDANT

## ORDER MADE AFTER APPLICATION

BEFORE THE HONOURABLE JUSTICE )       15-August-2012
      LEASK )
       )

ON THE APPLICATION of the Plaintiff, Algaecal Inc., coming on for hearing at Vancouver, British Columbia on August 15, 2012 and on hearing Joanne Kuroyama, counsel for the Plaintiff and James Finlayson appearing on his own behalf; *and by consent*

THIS COURT ORDERS that:

1.    The Defendant and his agents shall keep confidential and not access, use, disclose, display, distribute, post, communicate, expose or otherwise provide to anyone other than the Plaintiff or the Plaintiff's representative, any and all information, documents (including electronic versions and documents accessible via the internet), knowledge, or data pertaining to the business and affairs of the Plaintiff and of the Plaintiff's customers and suppliers, including without limitation internal communications, business plans and strategies, communications between the Plaintiff and its existing and potential customers and suppliers, names and contact information of the Plaintiff's existing and potential customers and suppliers, details of shipments to the Plaintiff, and non-public information regarding the Plaintiff's products and proposed products, including product development plans and all information regarding AlgaeCal CA (collectively the "Confidential Information").

2.    The Defendant and his agents shall return all materials, articles, or documents (in electronic or other form) containing the Confidential Information in their possession or control (where "possession or control specifically includes having access via or over the

internet) to the Plaintiff's solicitor within 7 days of receiving a copy of this Order, and not retain any copies thereof;

3.    The Defendant, either directly or through his agents, shall not publish, or cause to be published, including on the internet and in any electronic format, the words complained of in the Notice of Civil Claim or words of the same or similar nature, including any statements impugning the safety of the Plaintiff's products, the adequacy of studies of its products, or the honesty and integrity of the Plaintiff and its representative (collectively the "Defamatory Statements");

4.    The Defendant and any of his agents may apply to the Court at any time to vary or discharge this Order or so much of it as affects them, but before doing so they shall provide at least two (2) days' written notice to the Plaintiff's solicitor by delivery of a Notice of Application and copies of all supporting affidavits and other evidence; and

5.    The costs of this application shall be costs in the cause.

6.    Approval of form of order by the Defendant, James Finlayson, to be dispensed with.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:

_____
Signature of lawyer for the Plaintiff
**Joanne Kuroyama**

_____
Signature of the Defendant

By the Court

_____
Registrar

Peter Leach, J.

NO.  S125711
VANCOUVER REGISTRY

IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

ALGAECAL INC.

PLAINTIFF

AND:

JAMES FINLAYSON

DEFENDANT

---

## ORDER MADE AFTER APPLICATION

---

# gowlings

GOWLING LAFLEUR HENDERSON LLP
Barristers and Solicitors
2300 – 550 Burrard Street
Vancouver, B.C.
V6C 2B5

Counsel :  Joanne Kuroyama

File No. V39294

# EXHIBIT B

 **Plant Calcium**

(http://www.algaecal.com/)

 **FREE Bone Density Test**
Learn the bone density self-test you can do at home in 10-seconds with just a mirror, FREE. **Click Here...**

(/10-second-bone-density-test-at-home/?
utm_source=Algaecal&utm_medium=Banner&utm_content=bonedensitytest1&utm_campaign=wrinklesbonedensi

Home (http://www.algaecal.com/)     Order AlgaeCal Products (http://www.algaecal.com/order-page/)

Success Stories (http://www.algaecal.com/algaecal-testimonials/)     AlgaeCal Studies (http://www.algaecal.com/algaecal-info/algaecal-clinical-study/)

Blog (http://www.algaecal.com/blog/)     Contact Us (http://www.algaecal.com/contact-us/)

Search [ Search ]

## AlgaeCal Info

AlgaeCal Studies (http://www.algaecal.com/algaecal-info/algaecal-clinical-study/)

AlgaeCal Calcium Absorption (http://www.algaecal.com/algaecal-info/algaecal-calcium-absorption-test/)

Why AlgaeCal (http://www.algaecal.com/algaecal-info/whole-food-calcium-source/)

Bone Health Calculator (http://www.algaecal.com/algaecal-info/algaecal-bone-health-calculator/)

Frequently Asked Questions (http://www.algaecal.com/algaecal-info/algaecal-faq/)

AlgaeCal News and Media (http://www.algaecal.com/algaecal-info/algaecal-news-and-media/)

## AlgaeCal Ingredients

Algas Calcareas (http://www.algaecal.com/algaecal-

# Order AlgaeCal Products

## Placing an Order

Order Online
Click Here (http://store.algaecal.com/)

Order by Phone
**USA and Canadian Customers:** 1-800-820-0184
**For all other Countries:** +1 604-899-2002

Order by Mail/Fax
Please complete the Mail/Fax Order Form (/pop/faxmail_with_tks.htm)

### AlgaeCal® Plus Calcium Supplement

| Order AlgaeCal Plus (http://store.algaecal.com/AlgaeCal-Plus-Calcium-Supplement-p20.html) | 1 to 5 bottles | $29.95 US ea |
|---|---|---|
| | 6 + bottles | $24.95 US ea |

ingredients/algas-calcareas/)

- Harvesting AlgaeCal (http://www.algaecal.com/algaecal-ingredients/algas-calcareas/harvesting-algaecal/)

Calcium (http://www.algaecal.com/algaecal-ingredients/calcium/)

- Calcium Benefits (http://www.algaecal.com/algaecal-ingredients/calcium/calcium-benefits/)
- Calcium Rich Foods (http://www.algaecal.com/algaecal-ingredients/calcium/calcium-rich-foods/)
- Calcium and Vitamin D (http://www.algaecal.com/algaecal-ingredients/calcium/calcium-and-vitamin-d/)
- Calcium and Osteoporosis (http://www.algaecal.com/algaecal-ingredients/calcium/calcium-and-osteoporosis/)
- Calcium and Weight Loss (http://www.algaecal.com/algaecal-ingredients/calcium/calcium-and-weight-loss/)

Magnesium (http://www.algaecal.com/algaecal-ingredients/magnesium/)

- Magnesium Benefits (http://www.algaecal.com/algaecal-ingredients/magnesium/magnesium-benefits/)
- Magnesium Rich Foods (http://www.algaecal.com/algaecal-ingredients/magnesium/magnesium-rich-foods/)

Vitamin D (http://www.algaecal.com/algaecal-ingredients/vitamin-d/)

- Vitamin D Benefits (http://www.algaecal.com/algaecal-ingredients/vitamin-d/benefits/)
- Vitamin D Sources



Supplement Facts (http://cdn.algaecal.com/images/AlgaeCal-Plus-Facts.jpg? iframe=true&width=520&height=520)

Dosage Information (/pop/pop-algaecal-dosage.htm? iframe=true&width=560&height=500)

(/pop/pop-guarantee.html? iframe=true&width=560&height=500) Guaranteed to increase bone density (/pop/pop-guarantee.html? iframe=true&width=560&height=500)

*Algaecal® Plus* is a plant source of calcium and vital bone building minerals such as magnesium, boron, silica, strontium and more…. All derived from a South American Algae called *Algas Calcareas™*.

*Algas Calcareas™* is USDA and IFOAM certified organic, making AlgaeCal the perfect calcium supplement (/) for Vegetarians.

This whole food calcium complex is also enhanced with the essential bone supporting ingredients, vitamin D3, vitamin K2 and Boron glcinate to create the clinically proven bone health builder, *AlgaeCal® Plus*.

**Each Bottle Contains:**

- 90 Easy-to-Swallow Veggie Capsules
- 30 Days Supply for Bone Health Maintenance
- Non Constipating Calcium
- Vegetarian Friendly

Order AlgaeCal Plus (http://store.algaecal.com/AlgaeCal-Plus-Calcium-Supplement-p20.html)

# Strontium Boost™

Order Strontium Boost (http://store.algaecal.com/Strontium-

| | |
|---|---|
| 1 to 5 | $21.95 |

[(http://www.algaecal.com/algaecal-ingredients/vitamin-d/sources/)](http://www.algaecal.com/algaecal-ingredients/vitamin-d/sources/)

Boron (http://www.algaecal.com/algaecal-ingredients/boron/)

- Boron Benefits (http://www.algaecal.com/algaecal-ingredients/boron/boron-benefits/)
- Boron Sources (http://www.algaecal.com/algaecal-ingredients/boron/boron-sources/)
- Boron and Bone Health (http://www.algaecal.com/algaecal-ingredients/boron/boron-and-bone-health/)

Vitamin K2 (http://www.algaecal.com/algaecal-ingredients/vitamin-k2/)

Strontium (http://www.algaecal.com/algaecal-ingredients/strontium/)

- Strontium Supplements (http://www.algaecal.com/algaecal-ingredients/strontium/strontium-supplements/)

Trace Minerals (http://www.algaecal.com/algaecal-ingredients/trace-minerals/)

- Copper (http://www.algaecal.com/algaecal-ingredients/trace-minerals/copper/)
- Silica (http://www.algaecal.com/algaecal-ingredients/trace-minerals/silica/)
- Manganese (http://www.algaecal.com/algaecal-ingredients/trace-minerals/manganese/)

## Research

Supplement Comparisons (http://www.algaecal.com/research/supplement-comparisons/)

- Best Calcium Supplement (http://www.algaecal.com/research/supplement-



Supplement Facts (http://cdn.algaecal.com/images/Strontium-Boost-Facts.jpg?iframe=true&width=520&height=520)

Dosage Information (/pop/pop-strontium.htm?iframe=true&width=560&height=500)

(/pop/pop-guarantee.html?iframe=true&width=560&height=500)
Guaranteed to increase bone density (/pop/pop-guarantee.html?iframe=true&width=560&height=500)

| | |
|---|---|
| bottles | US ea |
| 6 + bottles | $17.95 US ea |

Boost-p21.html)

**Strontium Boost™** is a strontium citrate supplement that is clinically proven to increase mineral density when taken with **AlgaeCal Plus**®. The strontium citrate in our product is natur strontium which is an element mined from the earth. This strontium is combined with citric acid which is what is found in citrus fruits like oranges to form strontium citrate. All the ingredients found in **Strontium Boost™** are completely natur

If you are actively trying to grow bone because you have been diagnosed with osteopenia, osteoporosis or you are at risk of developing osteoporosis then it is recommended to take **AlgaeCal Plus**® and **Strontium Boost™**.

*Make sure to take **AlgaeCal Plus**® and **Strontium Boost™** separate times of the day as the two compete for absorption.

**Each Bottle Contains:**

- 90 Easy-to-Swallow Veggie Capsules
- 30 Days Supply

Order Strontium Boost (http://store.algaecal.com/Strontium Boost-p21.html)

comparisons/best-calcium-supplement/)

- AdvaCAL Calcium
  (http://www.algaecal.com/research/supplement-comparisons/advacal-calcium/)
- Citracal Plus Calcium
  (http://www.algaecal.com/research/supplement-comparisons/citracal-plus-calcium/)
- OS-Cal Ultra Calcium
  (http://www.algaecal.com/research/supplement-comparisons/os-cal-ultra-calcium/)
- Osteocare Calcium
  (http://www.algaecal.com/research/supplement-comparisons/osteocare-calcium/)
- Coral Calcium
  (http://www.algaecal.com/research/supplement-comparisons/coral-calcium/)

Calcium Absorption
(http://www.algaecal.com/research/calcium-absorption/)

Osteopenia Treatment
(http://www.algaecal.com/research/osteopenia-treatment/)

Osteoporosis Treatment
(http://www.algaecal.com/research/osteoporosis-treatment/)

Osteomalacia Treatment
(http://www.algaecal.com/research/osteomalacia/)

DEXA Scan
(http://www.algaecal.com/research/dexa-scan/)

Your Need For Minerals
(http://www.algaecal.com/research/your-need-for-minerals/)

- Mineral Studies
  (http://www.algaecal.com/research/your-need-for-minerals/mineral-studies/)

Bone Spurs

Dosage Information (/pop/pop-algaecal-6monthcombo-dosage.html?iframe=true&width=560&height=500)

  (/pop/pop-guarantee.html?iframe=true&width=560&height=500)
Guaranteed to increase bone density (/pop/pop-guarantee.html?iframe=true&width=560&height=500)

# AlgaeCal® 6 Month Bone Health Combo

 6 month supply of The AlgaeCal Bone Health Program – 8 Bottles of AlgaeCal Plus and 6 Bottles of Strontium Boost For **Only $277.00 US (A Savings of Over $94.30)**

Order the AlgaeCal 6 Month Combo
(http://store.algaecal.com/6-Month-Combo-Bone-Health-p22.html)

---



Supplement Facts
(http://cdn.algaecal.com/images/AlgaeCal-Plant-Calcium-D3-Supplement-Facts.jpg)

Dosage Information (/pop/pop-algaecal-plantd3-dosage.html?iframe=true&width=560&height=500)

# Algaecal® Plant Calcium + D3

Order AlgaeCal Plant Calcium +D3
(http://store.algaecal.com/AlgaeCal-Plant-Calcium-D3-p24.html)

| | |
|---|---|
| 1 to 5 bottles | $24.95 US ea |
| 6 + bottles | $19.95 US ea |

*Algaecal® Plant Calcium + D3* is a plant source of calcium and vital bone building minerals such as magnesium, boron, silica, strontium and more…. All derived from a South America Algae called *Algas Calcareas™*.

*Algas Calcareas™* is USDA and IFOAM certified organic, making AlgaeCal the perfect calcium supplement for Vegetarians.

Milk Allergy (http://www.algaecal.com/research/milk-allergy/)

Dairy Allergy (http://www.algaecal.com/research/dairy-allergy/)

Lactose Intolerance (http://www.algaecal.com/research/lactose-intolerance/)

PMS Treatment (http://www.algaecal.com/research/pms-treatment/)

Potassium Rich Foods (http://www.algaecal.com/research/potassium-foods-list/)

Children's Calcium Supplements (http://www.algaecal.com/research/childrens-calcium-supplement/)

MultiVitamins (http://www.algaecal.com/research/multivitamins/)

- Ginkgo Biloba (http://www.algaecal.com/research/multivitamins/ginkgo-biloba/)
- Quercetin (http://www.algaecal.com/research/multivitamins/quercetin/)
- L-Glutathione (http://www.algaecal.com/research/multivitamins/l-glutathione/)
- L-Methionine (http://www.algaecal.com/research/multivitamins/l-methionine/)
- Acetyl L-Cysteine (http://www.algaecal.com/research/multivitamins/acetyl-l-cysteine/)
- Inositol (http://www.algaecal.com/research/multivitamins/inositol/)
- Choline Bitartrate (http://www.algaecal.com/research/multivitamins/choline-bitrate/)

(/pop/pop-guarantee-stop.html?iframe=true&width=560&height=500)

Guaranteed to Stop Bone Density Loss (/pop/pop-guarantee-stop.html?iframe=true&width=560&height=500)



Label and Ingredients (/pop/pop-sinklabel.htm?iframe=true&width=900&height=500)

Recommended for nourishing healthy bones at all ages. Supports healthy bones in children and younger adults. In older adults, it stops bone loss

**Each Bottle Contains:**

- 60 Easy-to-Swallow Capsules
- 30 Days Supply for Bone Health Maintenance
- Non Constipating Calcium
- 1000 IU of Vitamin D3 per Full Daily Dose

Order AlgaeCal Plant Calcium +D3 (http://store.algaecal.com/AlgaeCal-Plant-Calcium-D3-p24.htm

## Kitchen Sink™ MultiVitamin

Order The Kitchen Sink (http://store.algaecal.com/The-Kitchen-Sink-Multivitamin-p23.html)

| 1 bottle | $44.95 US ea |
| 2 to 5 bottles | $39.95 US ea |
| 6+ bottles | $32.95 US ea |

**Comprehensive Multivitamin and Anti-Aging Formula**

About The Kitchen Sink (/research/multivitamins/)

**Each Bottle Contains:**

- 180 Easy-to-Swallow Gelatin Capsules
- 30 Days Supply

- PABA (http://www.algaecal.com/research/multivitamins/paba/)
- Lemon Bioflavonoids (http://www.algaecal.com/research/multivitamins/lemon-bioflavonoids/)
- Grape Seed Extract (http://www.algaecal.com/research/multivitamins/grape-seed-extract/)
- R-Alpha Lipoic Acid (http://www.algaecal.com/research/multivitamins/r-alpha-lipoic-acid/)
- Acetyl L-Carnitine (http://www.algaecal.com/research/multivitamins/acetyl-l-carnitine/)
- L-Carnitine Tartrate (http://www.algaecal.com/research/multivitamins/l-carnitine-tartrate/)
- Coenzyme Q10 (http://www.algaecal.com/research/multivitamins/coenzyme-q10/)

Order the Kitchen Sink (http://store.algaecal.com/The-Kitchen-Sink-Multivitamin-p23.html)

## Shipping Notes

**\*AlgaeCal ships world-wide, if you need assistance please call us and we will gladly process your order for you:**

- **Phone Orders:**
  - North America: 1-800-820-0184
  - International: +1 604-899-2002
- **Shipping Methods? Click here (/pop/pop-shipping.html?iframe=true&width=560&height=500)**
- **International Shipping? Yes Click here (/pop/pop-shipping.html?iframe=true&width=560&height=500)**
- **AlgaeCal is NOT Available In Stores… Online Only**
- **Refund and Guarantee Policy? Click here (/pop/pop-guarantee.html?iframe=true&width=560&height=500)**



(http://www.securitymetrics.com/site_certificate.adp?s=67%2e192%2e214%2e110&i=509688)

---

## More AlgaeCal

AlgaeCal Twitter (http://twitter.com/algaecal)

AlgaeCal Facebook (http://www.facebook.com/algaecal)

AlgaeCal YouTube (https://www.youtube.com/user/algaecalcium)

## Secure Ordering



(http://www.securitymetrics.com/site_certificate.adp?s=67,192,214,110&i=509688)

(http://www.securitymetrics.com/site_certificate.adp?s=67,192,214,110&i=509688)

## Support

Support 1-800-820-0184

Click here…

(/contact-us/)

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

© 2005-2013 AlgaeCal Inc. All rights reserved.

Privacy Policy (http://www.algaecal.com/privacy-policy/)

# EXHIBIT C



**United States Patent and Trademark Office**

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 24 04:39:16 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## ALGAECAL

| | |
|---|---|
| **Word Mark** | ALGAECAL |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary food supplements; food supplements; nutritional additives for use in foods and dietary supplements for human consumption; mineral supplement; calcium supplement [ ; topical cream for wound healing; nutritional supplements in face mask, lotion, and cream form sold as a component of nutritional skin care products ]. FIRST USE: 20060315. FIRST USE IN COMMERCE: 20060315 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78545702 |
| **Filing Date** | January 11, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 8, 2005 |
| **Registration Number** | 3160440 |
| **Registration** | October 17, 2006 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) HL Distribution Company BUSINESS TRUST NEVADA 2805-1323 Homer Street Vancouver, British Columbia CANADA V6B 5T1 |
| | (LAST LISTED OWNER) ALGAECAL DISTRIBUTION, INC. CORPORATION BARBADOS UPTON C/O THE BUSINESS CENTRE ST. MICHAEL BARBADOS BB11103 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | David A. Lowe |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

# EXHIBIT D



SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY

AUG 15 2012

ENTERED

Form 35 (Rules 8-4(1), 13-1(3) and 17-1(2))

No. S125711
Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

ALGAECAL INC.

PLAINTIFF

AND:

JAMES FINLAYSON

DEFENDANT

### ORDER MADE AFTER APPLICATION

BEFORE THE HONOURABLE JUSTICE     )     15-August-2012
            LEASK                  )
                                   )

ON THE APPLICATION of the Plaintiff, Algaecal Inc., coming on for hearing at Vancouver, British Columbia on August 15, 2012 and on hearing Joanne Kuroyama, counsel for the Plaintiff and James Finlayson appearing on his own behalf; *and by consent*   *gr JF P.K. D.*

THIS COURT ORDERS that:

1.     The Defendant and his agents shall keep confidential and not access, use, disclose, display, distribute, post, communicate, expose or otherwise provide to anyone other than the Plaintiff or the Plaintiff's representative, any and all information, documents (including electronic versions and documents accessible via the internet), knowledge, or data pertaining to the business and affairs of the Plaintiff and of the Plaintiff's customers and suppliers, including without limitation internal communications, business plans and strategies, communications between the Plaintiff and its existing and potential customers and suppliers, names and contact information of the Plaintiff's existing and potential customers and suppliers, details of shipments to the Plaintiff, and non-public information regarding the Plaintiff's products and proposed products, including product development plans and all information regarding AlgaeCal CA (collectively the "Confidential Information").

2.     The Defendant and his agents shall return all materials, articles, or documents (in electronic or other form) containing the Confidential Information in their possession or control (where "possession or control specifically includes having access via or over the

internet) to the Plaintiff's solicitor within 7 days of receiving a copy of this Order, and not retain any copies thereof;

3.    The Defendant, either directly or through his agents, shall not publish, or cause to be published, including on the internet and in any electronic format, the words complained of in the Notice of Civil Claim or words of the same or similar nature, including any statements impugning the safety of the Plaintiff's products, the adequacy of studies of its products, or the honesty and integrity of the Plaintiff and its representative (collectively the "Defamatory Statements");

4.    The Defendant and any of his agents may apply to the Court at any time to vary or discharge this Order or so much of it as affects them, but before doing so they shall provide at least two (2) days' written notice to the Plaintiff's solicitor by delivery of a Notice of Application and copies of all supporting affidavits and other evidence; and

5.    The costs of this application shall be costs in the cause.

6.    Approval of form of order by the Defendant, James Finlayson, to be dispensed with.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:

_____
Signature of lawyer for the Plaintiff
**Joanne Kuroyama**

Signature of the Defendant

By the Court

_____
Registrar

Peter Leach, J.

NO. S125711
VANCOUVER REGISTRY

IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

ALGAECAL INC.

PLAINTIFF

AND:

JAMES FINLAYSON

DEFENDANT

---

**ORDER MADE AFTER APPLICATION**

---

# gowlings

GOWLING LAFLEUR HENDERSON LLP
Barristers and Solicitors
2300 – 550 Burrard Street
Vancouver, B.C.
V6C 2B5

Counsel : Joanne Kuroyama

---

File No. V39294

# EXHIBIT E



algaecal ca
Our Brands |Join Vitamins-Direct
Log In To Your Account

U.S. 800.555.6792
Int'l (1+) 702.508.9054

- FAQ & Shipping
- What supplements are popular today? Nordic Naturals fish oil.

# Algaecal Ca

Vitamin Supplement for Algaecal Ca

Below are **Algaecal Ca** related alternative medicine supplements and vitamins. Also explore information on treatment, health benefits & side effects with Algaecal Ca products. Many of the sources come from our Encyclopedia of Natural Health and include relevant health topics. Uses vary, but may include , Promoting Healing, and Increasing Bone Density and are non-FDA reviewed or approved, natural alternatives, to use for , Osteoporosis, and Menopause. Algaecal Ca products are reviewed below.

## Algaecal Ca Benefits, Reviews & Discounts

Similar Picks

Algaecal

Algaecal Ca Dominican Republic

Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed

Algaecal Lead

Algaecal Ca

Algaecal Consumer Lab Report

Is Algaecal Plus Made With Algaecal Ca

## Advanced Bone Activator

(90 tablets), Fembody Nutrition



From $27.75
30% Off

Naturally sourced organic calcium featuring AlgaeCal and organic plant-based Polycan Black Yeast Beta Glucan

## Bone Strength Take Care

(120 Tabs), New Chapter Nutrition



From $35.97
40% Off

Bone Strength Take Care with AlgaeCal, Algas Calcareas contains calcium in its most absorbable form in addition to strontium, other trace minerals, and vitamins needed to regain and maintain bone strength.

Review

Yes, the instruction to take the tablets with an 8-oz glass of water in the middle of a meal is ridiculous. It gives me the impression that the company doesn\'t know what they are talking about. Water will dilute the enzymes and therefore has a negative impact on digestion. The formula is inadequate; magnesium among other bone health minerals are inadequate or missing. The form of calcium is oxalate which can cause kidney stones. There were NO INDEPENDENT studies on AlgaeCal.

Review

Ralonate is the patented chemical that binds to strontium ions so it can be packaged as a pill. Studies show that the key here isn't the Ralonate at all, but the need for Stronitum (II) ions in the blood when there is a deficency of Ca(II). Citrate also provides the same delivery vehicle for Strontium (II), but it simply is not patentable, hense no profits or motivation for studies. Recent

Strontium citrate and Strontium malonate (a competing patented version) studies both show the same benfits as the Ralonate version.

Review

Coral calcium has been hyped a lot, but my nutiitron prof was not impressed with it. As a supplement in pill form, we'd look for calcium citrate, chelated calcium or (last choice) calcium lactate.A good idea is to buy high-quality products and rotate among brands each time you buy. We are never 100% sure that these natural products have in them exactly the ingredients they say, hence the high-quality names and the rotation.At the risk of sounding like a nag, may I add a few remarks:1) there's something wrong with your 2mg dosage. A minimum dose for an osteoporosis patient would be one gram per day, which is 1000 milligrams. Please pay strict attention to the label on the bottle. You are looking for the elemental calcium content, not the milligrams or grams of calcium compound. For example, a 600 mg Ca tablet can actually contain only 150 mg of elemental calcium. Most high-quality manufacturers will specify on the label the milligram content of the compound and also the milligram content of elemental calcium. If the label does not present this information, it would be best to avoid this product.2) calcium (Ca) must always be combined with magnesium (Mg). The reason is that a high-calcium or calcium-only intake will result in a net calcium depletion of the bone tissue. The body must always maintain Ca/Mg in a specific balance in the bloodstream. If the human being overdoses on calcium only, the ingenious body will dissolve bone tissue to obtain the magnesium necessary to keep the blood balance. This important fact is sometimes neglected by medical doctors. A common practice is to prescribe 1 or 2 grams of calcium only, while neglecting magnesium. A recipe for disaster.The proportion of Ca to Mg is about 2 to 1. Most high-quality calcium preparations will also present magnesium in the right proportion. Or you can buy them separately. If buying separately, the same caution re elemental magnesium will apply. Ideally, you will be looking for something like 1 gram of elemental calcium plus 500 mg elemental magnesium per day.This should be taken in staggered doses during the day, with meals because Ca Mg absorb better with food. For example, one 500 mg Ca with 200-250 mg Mg with lunch, another with dinner, a third with breakfast if you like.3) all osteoporosis patients should modify and re-work their entire nutiitron program. The goal here is to prevent calcium loss from the bones, rather than simply increasing the oral intake. Can you find someone to work with you, possibly in a low-cost clinic associated with a good school of naturopathy or a nutiitron faculty in your area.Your goal here is to change gradually from a diet that burns to an acid ash this is the typical North American diet to one that leaves a more alkaline ash. Foods to reduce are meat, excessive protein, junk foods, processed commercial foods, soda pop, excessive sugar, white flour products and coffee. Foods to increase are simple. More vegetables. More fruit. More vegetables. Whole grains. More vegetables. Beans and lentils. More vegetables.4) more on nutiitron. Authorities are divided as to whether calcium from dairy products such as milk, yoghurt and cheese or calcium from dark-green-leafy vegetables is better assimilated by the human body. I mean really good authorities with plenty of academic studies to back up each point of view. What to do when the authorities can't agree? The answer seems simple keep lots of both in your diet.The dark-green-leafies include broccoli, rapini, chard, kale, beet and turnip greens, and to a much lesser extent the deeply colored lettuces such as oak leaf and romaine.If your nutiitron is not very healthy right now, it will take some time to accustom yourself to a better regime, perhaps an entire year. That's why a knowledgeable nutiitronist or naturopath could help with support suggestions. I'd start by visiting my local farmers' market, most cities have them now, and please especially check out the organic produce. 5) a walk on the wild side something to think about. Wild greens are chock-full of valuable

minerals including calcium, magnesium and potassium, and they're brimming with vitamins. Dandelion leaves, for example, contain more minerals and vitamins than spinach. Another high-mineral wild green leaf is nettles, traditionally made into nettle soup or an infusion to drink (combine with fruit juice or your favorite tea if you like.) You can find these wild greens at a local farmers' market, or perhaps at your health food store. You could even learn to find and gather them in the countryside yourself.One interesting herb called horsetail helps to deposit calcium into bone tissue. It grows wild across north America and is sold in health food stores. You'd make it into an infusion (steep for 4 hours or more to extract the minerals.) In the morning, combine with tea heat as a breakfast beverage. Use this no more than 1 or at the most 2 weeks out of 4, as it contains silica. This is good for your joints in small quantities, but should not be taken daily for long period of time.6) certain foods are a big caution because they contain oxalic acid. This combines with calcium in the bloodstream and gets excreted as calcium oxalate, so the result of eating these foods is a net calcium loss. These foods are: rhubarb, spinach, sorrel and to a much lesser extent, chocolate. It's OK to have rhubarb 1 or 2 or 3 times a year, when it's fresh, but it's not OK to scarf down spinach 3 times a week while believing it's good for you. Pop-eye was wrong.7) I'm sure your doctor has gone on and on about how you must do weight-bearing exercises. These build up bone tissue. Walking is just great. It's perfect for you. Please leave that car at home. Could you join a hiking or walking group. They're interesting fun a painless way to save your bones. Swimming, by the way, is not considered a weight-bearing exercise, because the water supports the body. Bicycling is not as helpful as walking, because the bike bears the weight, not the human skeleton. re: Fosamax. The questionable news about this is that the bone tissue that results is lacey and brittle. Studies have shown that patients taking this and other similar medications have just as many fractures as control groups, even if their bone readings improve in tests.9) if you smoke, your doctor has already lectured you about this. It's a real no-no for osteoporosis patients.Wishing you the very best. It's a long year of work, but I personally believe osteoporosis can be avoided. If the disorder is present it can be stopped. I even believe it can be reversed,

## Magnesium Calcium

(250 tabs), NOW Foods



From $14.70
41% Off

This reverse ratio formula is designed to provide higher levels of Magnesium for those who desire the nerve, muscle and bone supporting effects of this essential mineral. Zinc and Magnesium are involved in hundreds of enzyme systems in the body.*

## Bone Strength Take Care

(60 Tabs), New Chapter Nutrition



From $20.97
40% Off

Bone Strength Take Care by New Chapter offers nutrients imperitave to maintaining healthy bones and has been shown to actually increase bone mass in menopausal women.

## Vitamin Code - Grow Bone System

(1 Kit), Garden of Life



From $35.06
36% Off

Feed your body with Vitamin Code RAW Calcium and Growth Factor S, two comprehensive, bone-building formulas with RAW Food-Created Nutrients, individually created through dual-organism cultivation which allows for the natural creation of Code Factors.
Best Protein Shake | Lean1 Nutrition53| Optimal Meal Replacement
Lean1 Nutrition53 Burns Body Fat, Tones and Defines, Reduces Hunger Cravings, Speeds Recovery from Workouts. Nutrition53 is On Sale at Seacoast.com, Shakeology, Beachbody are no match for Lean1 Nutrition53.

## Mellow Mood

(60 caps), Carlson Labs



From $18.11
34% Off

Mellow Mood contains B vitamins, GABA and L-Theanine Suntheanine to help promote a
healthy mood.

## Bone Strength Take Care

(30 Tabs), New Chapter Nutrition



From $11.97
40% Off

New Chapter's Bone Strength formula provides complete bone support with calcium that actually
reverses bone loss. Important in menopause.

## Vitamin Code - RAW Calcium

(150 Capsules), Garden of Life



From $32.41
30% Off

There are many advantages to choosing this plant-form calcium over a rock-source calcium. It is widely known that plants from nature are the preferred source of nutrients for the body. Of equal importance is that the plant-form calcium used in Vitamin Code RAW Calcium, Algas calcareas.sp, also provides 73 naturally occurring minerals and trace elements such as magnesium, silica, boron, vanadium and strontium that have all been linked to healthy bones.

## LifeEssence

The Master Multiple (120 tabs), Pure Essence Labs



From $28.45
36% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## LifeEssence

The Master Multiple (240 tabs), Pure Essence Labs



From $44.16
35% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## One N Only PreNatal Multivitamin

(30 tabs), Pure Essence Labs



From $16.00
35% Off

Pure Essence Labs Natural Prenatal Vitamin Supplement provides superior levels of whole foods based vitamins, minerals and antioxidants.

## Red Yeast Rice 600 mg

(120 Vcaps), Solaray Vitamins

From $22.91
35% Off

Red Yeast Rice is manufactured by the fermentation of a strain of yeast, Monascus purpureus, on rice.

## Longevity Mens Formula

(120 tabs), Pure Essence Labs



From $39.95
33% Off

This product is for men who want their multiple to provide the broadest possible protection against the dangers their cells face in the modern world.

## Longevity Womens Formula

(120 tabs), Pure Essence Labs



From $39.95
33% Off

This product is for women who want their multiple to provide the broadest possible protection against the dangers their cells face in the modern world.

## Mother Child PostNatal

(120 tabs), Pure Essence Labs



From $31.50
36% Off

A whole foods multiple for mothers that provides digestive aids, immune support, green superfoods and Western herbs traditionally used to support post-pregnancy nutritional needs.

## Strong Bones Healthy Teeth

(130 softgels), Irwin Naturals



From $22.91
42% Off

Advanced nutritional formula designed to help nourish your body and maintain a healthy skeletal system as you age.

## ActivJoint Platinum - Glucosamine

, Chondroitin, MSM (180 tab), Trace Mineral Research



From $33.79
36% Off

Nutritional Support For Bones, Joints & Ligaments

## ActivJoint Platinum - Glucosamine

, Chondroitin, MSM (90 tab), Trace Mineral Research



From $20.82

36% Off

Nutritional Support For Bones, Joints & Ligaments

## Male Response

(90 tabs), Source Naturals



From $14.77
49% Off

Male Response invigorates the sexual response while helping to support the health of the prostate gland, revitalize energy levels, and nourish the adrenals.

## LifeEssence Mens Formula

(120 tabs), Pure Essence Labs



From $31.95
40% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs, LifeEssence contains vitamins and minerals, enzymes, trace elements, carotenoids, bioflavonoids, co-nutrients, immune factors and much more.

# You might also like these

# LifeEssence Womens Formula

(120 tabs), Pure Essence Labs

From $31.95
40% Off

LifeEssence Women's Formula provides wholefood based vitamins and minerals, that are joined by enzymes, trace elements, carotenoids, bioflavonoids, co-nutrients, immune factors and more.

Order Online 24 Hours a Day, 7 Days a Week Call Toll-Free 800-555-6792 Hours of Operation: Mon - Fri, 9am - 6pm Eastern Time
1996-2012 Seacoast Natural Health
1. Seacoast Health Encyclopedia statements or claims have not been evaluated by the FDA.View all health topics.

Featured & Important Products I Complete Vitamin Supplement Catalog I Recently Updated and New Products



algaecal ca dominican republic
Our Brands |Join Vitamins-Direct
Log In To Your Account

U.S. 800.555.6792
Int'l (1+) 702.508.9054

- FAQ & Shipping
- What supplements are popular today? Nordic Naturals fish oil.

# Algaecal Ca Dominican Republic

Vitamin Supplement for Algaecal Ca Dominican Republic

Below are **Algaecal Ca Dominican Republic** related alternative medicine supplements and vitamins. Also explore information on treatment, health benefits & side effects with Algaecal Ca Dominican Republic products. Many of the sources come from our Encyclopedia of Natural Health and include relevant health topics. Uses vary, but may include , Promoting Healing, and Increasing Bone Density and are non-FDA reviewed or approved, natural alternatives, to use for , Osteoporosis, and Menopause. Algaecal Ca Dominican Republic products are reviewed below.

## Algaecal Ca Dominican Republic Benefits, Reviews & Discounts

Similar Picks

Algaecal Ca

## Advanced Bone Activator

(90 tablets), Fembody Nutrition



From $27.75
30% Off

Naturally sourced organic calcium featuring AlgaeCal and organic plant-based Polycan Black Yeast Beta Glucan

## Bone Strength Take Care

(120 Tabs), New Chapter Nutrition



From $35.97
40% Off

Bone Strength Take Care with AlgaeCal, Algas Calcareas contains calcium in its most absorbable form in addition to strontium, other trace minerals, and vitamins needed to regain and maintain bone strength.

Review

Yes, the instruction to take the tablets with an 8-oz glass of water in the middle of a meal is ridiculous. It gives me the impression that the company doesn\'t know what they are talking about. Water will dilute the enzymes and therefore has a negative impact on digestion. The formula is inadequate; magnesium among other bone health minerals are inadequate or missing. The form of calcium is oxalate which can cause kidney stones. There were NO INDEPENDENT studies on AlgaeCal.

Review

Ralonate is the patented chemical that binds to strontium ions so it can be packaged as a pill. Studies show that the key here isn't the Ralonate at all, but the need for Stronium (II) ions in the blood when there is a deficency of Ca(II). Citrate also provides the same delivery vehicle for Strontium (II), but it simply is not patentable, hense no profits or motivation for studies. Recent Strontium citrate and Strontium malonate (a competing patented version) studies both show the same benfits as the Ralonate version.

Review

Coral calcium has been hyped a lot, but my nutiitron prof was not impressed with it. As a supplement in pill form, we'd look for calcium citrate, chelated calcium or (last choice) calcium lactate.A good idea is to buy high-quality products and rotate among brands each time you buy. We are never 100% sure that these natural products have in them exactly the ingredients they say, hence the high-quality names and the rotation.At the risk of sounding like a nag, may I add a few remarks:1) there's something wrong with your 2mg dosage. A minimum dose for an osteoporosis

patient would be one gram per day, which is 1000 milligrams. Please pay strict attention to the label on the bottle. You are looking for the elemental calcium content, not the milligrams or grams of calcium compound. For example, a 600 mg Ca tablet can actually contain only 150 mg of elemental calcium. Most high-quality manufacturers will specify on the label the milligram content of the compound and also the milligram content of elemental calcium. If the label does not present this information, it would be best to avoid this product.2) calcium (Ca) must always be combined with magnesium (Mg). The reason is that a high-calcium or calcium-only intake will result in a net calcium depletion of the bone tissue. The body must always maintain Ca/Mg in a specific balance in the bloodstream. If the human being overdoses on calcium only, the ingenious body will dissolve bone tissue to obtain the magnesium necessary to keep the blood balance. This important fact is sometimes neglected by medical doctors. A common practice is to prescribe 1 or 2 grams of calcium only, while neglecting magnesium. A recipe for disaster.The proportion of Ca to Mg is about 2 to 1. Most high-quality calcium preparations will also present magnesium in the right proportion. Or you can buy them separately. If buying separately, the same caution re elemental magnesium will apply. Ideally, you will be looking for something like 1 gram of elemental calcium plus 500 mg elemental magnesium per day.This should be taken in staggered doses during the day, with meals because Ca Mg absorb better with food. For example, one 500 mg Ca with 200-250 mg Mg with lunch, another with dinner, a third with breakfast if you like.3) all osteoporosis patients should modify and re-work their entire nutiitron program. The goal here is to prevent calcium loss from the bones, rather than simply increasing the oral intake. Can you find someone to work with you, possibly in a low-cost clinic associated with a good school of naturopathy or a nutiitron faculty in your area.Your goal here is to change gradually from a diet that burns to an acid ash this is the typical North American diet to one that leaves a more alkaline ash. Foods to reduce are meat, excessive protein, junk foods, processed commercial foods, soda pop, excessive sugar, white flour products and coffee. Foods to increase are simple. More vegetables. More fruit. More vegetables. Whole grains. More vegetables. Beans and lentils. More vegetables.4) more on nutiitron. Authorities are divided as to whether calcium from dairy products such as milk, yoghurt and cheese or calcium from dark-green-leafy vegetables is better assimilated by the human body. I mean really good authorities with plenty of academic studies to back up each point of view. What to do when the authorities can't agree? The answer seems simple keep lots of both in your diet.The dark-green-leafies include broccoli, rapini, chard, kale, beet and turnip greens, and to a much lesser extent the deeply colored lettuces such as oak leaf and romaine.If your nutiitron is not very healthy right now, it will take some time to accustom yourself to a better regime, perhaps an entire year. That's why a knowledgeable nutiitronist or naturopath could help with support suggestions. I'd start by visiting my local farmers' market, most cities have them now, and please especially check out the organic produce. 5) a walk on the wild side something to think about. Wild greens are chock-full of valuable minerals including calcium, magnesium and potassium, and they're brimming with vitamins. Dandelion leaves, for example, contain more minerals and vitamins than spinach. Another high-mineral wild green leaf is nettles, traditionally made into nettle soup or an infusion to drink (combine with fruit juice or your favorite tea if you like.) You can find these wild greens at a local farmers' market, or perhaps at your health food store. You could even learn to find and gather them in the countryside yourself.One interesting herb called horsetail helps to deposit calcium into bone tissue. It grows wild across north America and is sold in health food stores. You'd make it into an infusion (steep for 4 hours or more to extract the minerals.) In the morning, combine with tea heat as a breakfast beverage. Use this no more than 1 or at the most 2 weeks

out of 4, as it contains silica. This is good for your joints in small quantities, but should not be taken daily for long period of time.6) certain foods are a big caution because they contain oxalic acid. This combines with calcium in the bloodstream and gets excreted as calcium oxalate, so the result of eating these foods is a net calcium loss. These foods are: rhubarb, spinach, sorrel and to a much lesser extent, chocolate. It's OK to have rhubarb 1 or 2 or 3 times a year, when it's fresh, but it's not OK to scarf down spinach 3 times a week while believing it's good for you. Pop-eye was wrong.7) I'm sure your doctor has gone on and on about how you must do weight-bearing exercises. These build up bone tissue. Walking is just great. It's perfect for you. Please leave that car at home. Could you join a hiking or walking group. They're interesting fun a painless way to save your bones. Swimming, by the way, is not considered a weight-bearing exercise, because the water supports the body. Bicycling is not as helpful as walking, because the bike bears the weight, not the human skeleton. re: Fosamax. The questionable news about this is that the bone tissue that results is lacey and brittle. Studies have shown that patients taking this and other similar medications have just as many fractures as control groups, even if their bone readings improve in tests.9) if you smoke, your doctor has already lectured you about this. It's a real no-no for osteoporosis patients.Wishing you the very best. It's a long year of work, but I personally believe osteoporosis can be avoided. If the disorder is present it can be stopped. I even believe it can be reversed,

## Tropical Tamanu Oil

(12 oz), New Chapter Nutrition



From $14.97
40% Off

100% pure True Tamanu oil is rich, dark green, luxurious, and considered the finest tamanu oil in the world.

## Magnesium Calcium

(250 tabs), NOW Foods



From $14.70
41% Off

This reverse ratio formula is designed to provide higher levels of Magnesium for those who desire the nerve, muscle and bone supporting effects of this essential mineral. Zinc and Magnesium are involved in hundreds of enzyme systems in the body.*

## Bone Strength Take Care

(60 Tabs), New Chapter Nutrition



From $20.97
40% Off

Bone Strength Take Care by New Chapter offers nutrients imperitave to maintaining healthy bones and has been shown to actually increase bone mass in menopausal women.

## Vitamin Code - Grow Bone System

(1 Kit), Garden of Life



From $35.06
36% Off

Feed your body with Vitamin Code RAW Calcium and Growth Factor S, two comprehensive, bone-building formulas with RAW Food-Created Nutrients, individually created through dual-organism cultivation which allows for the natural creation of Code Factors.

Best Protein Shake | Lean1 Nutrition53 | Optimal Meal Replacement
Lean1 Nutrition53 Burns Body Fat, Tones and Defines, Reduces Hunger Cravings, Speeds Recovery from Workouts. Nutrition53 is On Sale at Seacoast.com, Shakeology, Beachbody are no match for Lean1 Nutrition53.

## Mellow Mood

(60 caps), Carlson Labs



From $18.11
34% Off

Mellow Mood contains B vitamins, GABA and L-Theanine Suntheanine to help promote a healthy mood.

## Bone Strength Take Care

(30 Tabs), New Chapter Nutrition



From $11.97
40% Off

New Chapter's Bone Strength formula provides complete bone support with calcium that actually reverses bone loss. Important in menopause.

## Vitamin Code - RAW Calcium

(150 Capsules), Garden of Life



From $32.41
30% Off

There are many advantages to choosing this plant-form calcium over a rock-source calcium. It is widely known that plants from nature are the preferred source of nutrients for the body. Of equal importance is that the plant-form calcium used in Vitamin Code RAW Calcium, Algas calcareas.sp, also provides 73 naturally occurring minerals and trace elements such as magnesium, silica, boron, vanadium and strontium that have all been linked to healthy bones.

## LifeEssence

The Master Multiple (120 tabs), Pure Essence Labs



From $28.45
36% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## LifeEssence

The Master Multiple (240 tabs), Pure Essence Labs



From $44.16
35% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## One N Only PreNatal Multivitamin

(30 tabs), Pure Essence Labs



From $16.00
35% Off

Pure Essence Labs Natural Prenatal Vitamin Supplement provides superior levels of whole foods based vitamins, minerals and antioxidants.

## Red Yeast Rice 600 mg

(120 Vcaps), Solaray Vitamins

From $22.91
35% Off

Red Yeast Rice is manufactured by the fermentation of a strain of yeast, Monascus purpureus, on rice.

## Longevity Mens Formula

(120 tabs), Pure Essence Labs



From $39.95
33% Off

This product is for men who want their multiple to provide the broadest possible protection against the dangers their cells face in the modern world.

## Longevity Womens Formula

(120 tabs), Pure Essence Labs



From $39.95
33% Off

This product is for women who want their multiple to provide the broadest possible protection against the dangers their cells face in the modern world.

## Mother Child PostNatal

(120 tabs), Pure Essence Labs



From $31.50
36% Off

A whole foods multiple for mothers that provides digestive aids, immune support, green superfoods and Western herbs traditionally used to support post-pregnancy nutritional needs.

## Strong Bones Healthy Teeth

(130 softgels), Irwin Naturals



From $22.91
42% Off

Advanced nutritional formula designed to help nourish your body and maintain a healthy skeletal system as you age.

## ActivJoint Platinum - Glucosamine

, Chondroitin, MSM (180 tab), Trace Mineral Research



From $33.79
36% Off

Nutritional Support For Bones, Joints & Ligaments
## <u>ActivJoint Platinum - Glucosamine</u>

, Chondroitin, MSM (90 tab), Trace Mineral Research



From $20.82
36% Off

Nutritional Support For Bones, Joints & Ligaments
## <u>Male Response</u>

(90 tabs), Source Naturals



From $14.77
49% Off

Male Response invigorates the sexual response while helping to support the health of the prostate gland, revitalize energy levels, and nourish the adrenals.

# You might also like these

## LifeEssence Mens Formula

(120 tabs), Pure Essence Labs

From $31.95
40% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs, LifeEssence contains vitamins and minerals, enzymes, trace elements, carotenoids, bioflavonoids, co-nutrients, immune factors and much more.

## LifeEssence Womens Formula

(120 tabs), Pure Essence Labs

From $31.95
40% Off

LifeEssence Women's Formula provides wholefood based vitamins and minerals, that are joined by enzymes, trace elements, carotenoids, bioflavonoids, co-nutrients, immune factors and more.
Wobenzym | Systemic Enzymes | Wobenzym N
Wobenzym N is the authentic systemic enzyme formula developed by Mucos Pharma in Germany and trusted by millions of people worldwide for over 40 years. Free Shipping on all Wobenzym orders with delivery inside the United States.



algaecal lead
Our Brands |Join Vitamins-Direct
Log In To Your Account

U.S. 800.555.6792
Int'l (1+) 702.508.9054

- FAQ & Shipping
- What supplements are popular today? Nordic Naturals fish oil.

# Algaecal Lead

Vitamin Supplement for Algaecal Lead

Below are **Algaecal Lead** related alternative medicine supplements and vitamins. Also explore information on treatment, health benefits & side effects with Algaecal Lead products. Many of the sources come from our Encyclopedia of Natural Health and include relevant health topics. Uses vary, but may include , Increasing Bone Density, and Enhancing Immune Function and are non-FDA reviewed or approved, natural alternatives, to use for , Osteoporosis, and Menopause. Algaecal Lead products are reviewed below.

## Algaecal Lead Benefits, Reviews & Discounts

Similar Picks

Algaecal Lead

Algaecal Ca

Algaecal Dr Weil

Lead In Algaecal

Lead Found In Algae Cal

Is Algaecal Dangerous

Has Algaecal Formula In New Chapter Changed

Is There Lead In Algae Cal

Is There Lead In Ageacal

Dr Weil Algaecal

Algaecal Lead Content

Algaecal Lead Contamination

Algaecal Consumer Lab Report

Algaecal

## **PectaSol Chelation Complex**

(180 v-caps), Econugenics



From $84.96
15% Off

Econugenics PectaSol Chelation Complex is a combination of modified citrus pectin and a modified alginate compound. Supports safe and efficacious detoxification.

## **Advanced Bone Activator**

(90 tablets), Fembody Nutrition



From $27.75
30% Off

Naturally sourced organic calcium featuring AlgaeCal and organic plant-based Polycan Black Yeast Beta Glucan

## Bone Strength Take Care

(120 Tabs), New Chapter Nutrition



From $35.97
40% Off

Bone Strength Take Care with AlgaeCal, Algas Calcareas contains calcium in its most absorbable form in addition to strontium, other trace minerals, and vitamins needed to regain and maintain bone strength.

Review

the freqent use of H2 receptor antagonists (zantac - ranitak -and others) for the treatment of peptic ulcer lead to hypochlorohydria -anacidity- and indigestion of proten this dangerous and leads to renal and hepatic failure and senility

Review

Yes, the instruction to take the tablets with an 8-oz glass of water in the middle of a meal is ridiculous. It gives me the impression that the company doesn\'t know what they are talking about. Water will dilute the enzymes and therefore has a negative impact on digestion. The formula is inadequate; magnesium among other bone health minerals are inadequate or missing. The form of calcium is oxalate which can cause kidney stones. There were NO INDEPENDENT studies on AlgaeCal.

## St Johns Wort Extract

(300 mg 60 capsules), Life Extension



From $8.25

24% Off

LifeExtension- St. John's Wort Extract Caps is a weak inhibitor of monoamine oxidase (MAO), which may destroy dopamine in the brain and lead to low spirits.

## Creatine Monohydrate 325

( 325 grams), Metabolic Response Modifiers



From $8.80
41% Off

Creatine Monohydrate, which increases water retention in muscle mass, and provides bulkier muscles, may help to increase muscle creatine and phosphocreatine PC concentrations by up to 40% which may benefit lean muscle density, lead to more energy, and faster recuperations.

## Complete Metal Cleanse

(30 Ultracaps), Enzymatic Therapy



From $13.09
40% Off

Complete Metal Cleanse employs purified Humifulvate, which has been clinically shown to effectively bind to heavy metals including lead, mercury and cadmium, allowing the body to expel them more easily.

## DIM

(100 mg 120 tabs), Source Naturals



From $20.38
49% Off

DIM has been shown to lead to the beneficial formation of estrogen metabolites that are associated with healthy breast, endometrial, and cervical tissues. Source Naturals DIM is combined with phospholipids, vitamin E and bioperine for enhanced absorption.

## DIM

(100 mg 180 tabs), Source Naturals



From $29.00
50% Off

DIM has been shown to lead to the beneficial formation of estrogen metabolites that are associated with healthy breast, endometrial, and cervical tissues. Source Naturals DIM is combined with phospholipids, vitamin E and bioperine for enhanced absorption.

## DIM

(100 mg 60 tabs), Source Naturals



From $10.69
49% Off

DIM has been shown to lead to the beneficial formation of estrogen metabolites that are associated with healthy breast, endometrial, and cervical tissues. Source Naturals DIM is combined with phospholipids, vitamin E and bioperine for enhanced absorption.

## Detox Metals

(1 fl.oz), Liddell (Liddel)

From $12.28
31% Off

Detoxifies the body and temporarily relieves symptoms associated with the build-up of toxic metal residues (lead, mercury, aluminum, tin, silver and gold), Our bodies are exposed to elevated levels of toxic metals as never before. Some of the more common sources are: amalgam dental fillings, past vaccinations, cookware, air pollution, ocean fish (mercury), paints, tobacco smoke, gasoline fumes, etc.

## Coconut Oil Softgels

(240 softgels), Fruitrients X



From $21.71
25% Off

Coconut oil is preferred by athletes working to build stronger, leaner muscle mass and dieters looking to shed a few pounds. The reason for this is that Coconut oil contains fewer calories than other oils, its fat content is converted easily into energy and its does not lead to accumulation of fat in arteries or the heart

## Ultimate Antioxidant

(60 capsules), ReserveAge Organics



From $33.99
15% Off

ReserveAge Organics Resveratrol: Studies have proven that the active polyphenols found in the skin, seeds and stems of grapes, are the same element found in red wine which increases cellular productivity and longevity. Activating the longevity gene, SIRT1, can lead to a longer and healthier life.

## Colon Green

(150 caps), Futurebiotics



From $9.99
33% Off

Poor health often begins with poor elimination. It's a two-fold problem: potentially harmful toxins may be retained in the body, plus the important nutrients consumed through the diet are

prevented from being absorbed. This can lead to poor digestion, constipation, weight gain and low energy levels.

## Bone Meal

(16 oz), NOW Foods



From $7.63
41% Off

NOW Bone Meal Powder is a natural source of minerals derived from cattle raised in the United States. Our sterilized and sanitary NOW Bone Meal Powder is tested for heavy metals such as lead and aluminum to assure the lowest levels possible.

## DIM

(100 mg-30 tabs), Source Naturals



From $5.86
49% Off

DIM is an indole phytochemical that is a natural metabolite of compounds found in cruciferous vegetables such as broccoli, Brussels sprouts and cabbage. In animal and in-vitro studies, DIM has been shown to lead to the preferential formation of estrogen metabolites that are correlated with healthy breast, endometrial, and cervical tissues. This unique property sets DIM apart from

other plant nutrients. Source Naturals DIM is combined with phospholipids, vitamin E and bioperine for enhanced absorption.

## Citrus Pectin

(Modified) (180 Vcaps), NOW Foods



From $35.29
29% Off

NOW Modified Citrus Pectin (MCP) contains PectaSol, a patented, low molecular weight citrus pectin that can pass through the intestinal barrier so it can work systemically. MCP can bind to and facilitate excretion of low levels of heavy metals that commonly come from mild environmental exposure. A recent study indicates that modified citrus pectin promotes healthy urinary excretion of common, mild environmental exposures of heavy metals such as mercury, arsenic, cadmium, lead and tin without altering excretion of other nutritional minerals, including calcium, magnesium, iron, copper and selenium. In addition, MCP has been shown to support healthy cellular growth and reproduction.*

## Full Spectrum Minerals

(100 tabs), NOW Foods



From $7.05
41% Off

Multi Mineral Formula High Calcium for Bone Health Balanced for Maximum Utilization* Vegetarian Formula Improved Formula! Minerals are of cornerstone importance to human function, and work synergistically with the vitamins in our body to normalize metabolism, growth, development and cellular activity. Deficiency of only milligrams in just one mineral can often lead to serious health problems. As a chief component in both enzyme and coenzyme function, the minerals in our body play a key role in speeding up the chemical reactions that take place in our body. NOW Full Spectrum delivers the perfect high potency blend of these essential minerals, in addition to vitamin D.*

## Saw Palmetto Double Strength 160 mg

(60 Gels), NOW Foods



From $5.88
46% Off

Benign enlargement of the prostate is a condition that affects millions of men, including well over 50% of men over age 60. While this condition is usually harmless, for some men it can hinder healthy urinary function and possibly lead to more serious side effects if ignored. Fortunately, there is something that can be done to encourage healthy prostate function. NOW Saw Palmetto delivers 160 mg of premium saw palmetto extract, and is naturally rich in bioflavonoids, sterols and fatty acids all shown to help support optimal prostate health.*

## Saw Palmetto Double Strength 160 mg

(120 Softgels), NOW Foods



From $11.76
41% Off

Benign enlargement of the prostate is a condition that affects millions of men, including well over 50% of men over age 60. While this condition is usually harmless, for some men it can hinder healthy urinary function and possibly lead to more serious side effects if ignored. Fortunately, there is something that can be done to encourage healthy prostate function. NOW Saw Palmetto delivers 160 mg of premium saw palmetto extract, and is naturally rich in bioflavonoids, sterols and fatty acids all shown to help support optimal prostate health.* Product FAQ's

## Saw Palmetto Extract 160 mg

(240 Gels), NOW Foods



From $22.75
36% Off

Benign enlargement of the prostate is a condition that affects millions of men, including well over 50% of men over age 60. While this condition is usually harmless, for some men it can hinder healthy urinary function and possibly lead to more serious side effects if ignored. Fortunately, there is something that can be done to encourage healthy prostate function. NOW Saw Palmetto delivers 160 mg of premium saw palmetto extract, and is naturally rich in

bioflavonoids, sterols and fatty acids all shown to help support optimal prostate health.* Product FAQ's

Review

I have been taking Glucosamine and Chondroitin for probably 15 - 16 years and until recently in the pill form. I read an article that said pill form isn't injested completly and therefore was wasted on your system. This atricle also said liquid form was 100% injested and the article also recommended the Seacoast brand as one of the top performers so I gave it a try. I ordered 2 bottles and after finishing the first bottle I realized my arthritus wasn't as painful. As I said trying the Seacoast brand was just dumb luck for me. My wife started usnig the liquid also and dhe also noticed her back felt a lot of relief. The pill form also gave both of us stomach aches, not so with Seacoast. Ireally feel this was a Godsend for both of us. I am 73 years old and lead a very actice life. I play golf (18 holes) every day weather permitting and come home pain free from the golf course. Thankyou Seacoast for a wonderful product the really brings relief.

Review

One of the major causes of Vitamin D deceicinfy is insufficient exposure to sunlight. For this reason, people with indoor lifestyles as well as people living in regions with less sunlight are more likely to have lowered vitamin D levels. Certain health conditions and medications may also inhibit absorption or increase metabolism of the vitamin.Your mom can raise her vitamin D level by spending at least 20-30 minutes in the sun every day or taking pill supplements. Depending on the specific cause of her deceicinfy, the strength of the supplement will vary:-Inadequate sun exposure: 50,000 IU per week for 8 weeks-Malabsorption caused by health conditions: 50,000 IU every day or every other day-Medications that increase vitamin D metabolism: 50,000 IU every 2 weeks for 8-10 weeksFoods rich in vitamin D, such as pickled herring, canned boned salmon, and mackerel, will also help.While red meat does combat iron deceicinfy, other dietary staples such as bread and other starches inhibit the absorption of iron. Additionally, excessive blood loss and certain chronic diseases may also lead to lowered iron levels. During their childbearing years, women lose twice as much iron as men from menstruation and pregnancy. Consultation with a doctor will help your mom to uncover the particular cause of her iron deceicinfy. In the meantime, meat and ferrous sulfate supplements will increase the iron in her system.

Could Chelation Be The Answer To Defeating Autism?

Modified Citrus Pectin and Alginates are all-natural products that work in a very unique way to both chelate and eliminate heavy metals from the body.

Review

Every single relative of mine has died of some form of cancer. My doctor stated the obvious; "You are genetically cancer-prone". DUH! No Kidding! A friend told me of Dr Krebs' studies and the phenomenal results for both patients who had cancer, and those who wanted to take a maintenance dose to avoid it. I decided it was an inexpensive natural solution, so why not give it a try. Well, lo and behold, within 2 days of taking a maintenance dose I saw an amazing change in my body (I started at 7 kernals a day as advised by Dr Krebs, and worked my way up to 24 a day since I weigh 240 and the suggested dose is 1 kernal for each 10lbs.) I have had terrible knees and hips for 2 years. When I can walk it can best be described as a waddle, and I can't go far. Well, at the end of the second day of the kernals I suddenly realized that ALL PAIN IN MY KNEES AND HIPS WAS GONE!!! Now I'm not saying that my knees and hips are young again; they're not; I still have limited range of motion. But I truly believe that I may not have been suffering from arthritis, but an early onset of bone cancer. I am lead to believe this because in all

of the literature I've read nowhere are there claims that the kernals do anything for arthritis, only cancer. I thank God that I found these kernals, and I will never be without them again.

# You might also like these

## Melatonin

( 100 lozenges ), Nature's Way

From $4.21
47% Off

Melatonin is formulated into an advanced sublingual lozenge for rapid absorption.

## Colloidal Minerals

(32 oz), NOW Foods

From $11.76
41% Off

Essential Trace Minerals Screened to Remove Harmful Heavy Metals Humic Shale Trace Minerals NOW Colloidal Minerals is an effective source of naturally derived, colloidal major and trace minerals. This proudct has been carefully water processed and then screened with a proprietary micron-filter process to remove or reduce virtually all major heavy metals to harmless levels. Contains less than 1 ppm of arsenic, cadmium, lead and mercury. The mineral levels listed are typical levels and do vary from batch to batch. NOW Colloidal Minerals is a unique source of highly absorbable, water-soluble minerals and trace elements derived from prehistoric plant deposits. Each serving contains a concentrated solution of colloidal minerals from humic shale. These colloidal minerals were created ages ago when they became incorporated into the living plants, fruits and vegetables of the ancient era. Read FAQ's

## Cod Liver Oil

Natural Flavor (250mL), Carlson Labs

From $18.90
34% Off

From the deep, unpolluted waters near Norway, Carlson brings you the finest cod liver oil which is naturally rich in Vitamin A, Vitamin D3, EPA and DHA. Only cod fish caught during the winter and early spring are used, as the liver oil content is highest at this time of year. The oil is separated from the liver tissues without the use of chemicals. To ensure freshness of Carlson Norwegian Cod Liver Oil, the air inside the glass bottle has been replaced with nitrogen. Natural vitamin E is added to the cod liver oil to protect the freshness of the EPA and DHA both within the bottle and our bodies. Vitamin E prevents oxidation of polyunsaturated oils. THIS

PRODUCT is regularly tested (using AOAC international protocols) for freshness, potency and purity by an independent, FDA-registered laboratory and has been determined to be fresh, fully potent and free of detrimental levels of mercury, cadmium, lead, PCB's and 28 other contaminants.

## Cod Liver Oil

Natural Flavor (500mL), Carlson Labs

From $30.56
38% Off

From the deep, unpolluted waters near Norway, Carlson brings you the finest cod liver oil which is naturally rich in Vitamin A, Vitamin D3, EPA and DHA. Only cod fish caught during the winter and early spring are used, as the liver oil content is highest at this time of year. The oil is separated from the liver tissues without the use of chemicals. To ensure freshness of Carlson Norwegian Cod Liver Oil, the air inside the glass bottle has been replaced with nitrogen. Natural vitamin E is added to the cod liver oil to protect the freshness of the EPA and DHA both within the bottle and our bodies. Vitamin E prevents oxidation of polyunsaturated oils. THIS PRODUCT is regularly tested (using AOAC international protocols) for freshness, potency and purity by an independent, FDA-registered laboratory and has been determined to be fresh, fully potent and free of detrimental levels of mercury, cadmium, lead, PCB's and 28 other contaminants.

## Cod Liver Oil

Lemon Flavor (100mL), Carlson Labs

From $10.40
34% Off

From the deep, unpolluted waters near Norway, Carlson brings you the finest cod liver oil which is naturally rich in Vitamin A, Vitamin D3, EPA and DHA. Only cod fish caught during the winter and early spring are used, as the liver oil content is highest at this time of year. The oil is separated from the liver tissues without the use of chemicals. To ensure freshness of Carlson Norwegian Cod Liver Oil, the air inside the glass bottle has been replaced with nitrogen. THIS PRODUCT is regularly tested (using AOAC international protocols) for freshness, potency and purity by an independent, FDA-registered laboratory and has been determined to be fresh, fully potent and free of detrimental levels of mercury, cadmium, lead, PCB's and 28 other contaminants.

## Cod Liver Oil

Lemon Flavor (250 mL), Carlson Labs

From $20.23
29% Off

From the deep, unpolluted waters near Norway, Carlson brings you the finest cod liver oil which is naturally rich in Vitamin A, Vitamin D3, EPA and DHA. Only cod fish caught during the winter and early spring are used, as the liver oil content is highest at this time of year. The oil is separated from the liver tissues without the use of chemicals. To ensure freshness of Carlson Norwegian Cod Liver Oil, the air inside the glass bottle has been replaced with nitrogen. THIS PRODUCT is regularly tested (using AOAC international protocols) for freshness, potency and purity by an independent, FDA-registered laboratory and has been determined to be fresh, fully potent and free of detrimental levels of mercury, cadmium, lead, PCB's and 28 other contaminants.

## Bone Strength Take Care

(60 Tabs), New Chapter Nutrition

From $20.97
40% Off

Bone Strength Take Care by New Chapter offers nutrients imperitave to maintaining healthy bones and has been shown to actually increase bone mass in menopausal women.

## Vitamin Code - Grow Bone System

(1 Kit), Garden of Life

From $35.06
36% Off

Feed your body with Vitamin Code RAW Calcium and Growth Factor S, two comprehensive, bone-building formulas with RAW Food-Created Nutrients, individually created through dual-organism cultivation which allows for the natural creation of Code Factors.

## Kidney Formula

(100 Caps), Christophers Original Formulas

From $10.41
43% Off

Dr. Christopher's Kidney Formula (100 Caps) is a product designed to help support the urinary system

## Hema-Build

(BloodBuilder) (90 caps), North American Herb and Spice

From $27.16

32% Off

Rich in natural iron from certified-wild herbs and spices
Review on Almased | Synergy Diet | Turbo-Protein Diet
Almased is a healthy natural weight loss phenomenon with proven results!

## Bone Strength Take Care

(30 Tabs), New Chapter Nutrition

From $11.97
40% Off

New Chapter's Bone Strength formula provides complete bone support with calcium that actually reverses bone loss. Important in menopause.

## Vitamin Code - RAW Calcium

(150 Capsules), Garden of Life

From $32.41
30% Off

There are many advantages to choosing this plant-form calcium over a rock-source calcium. It is widely known that plants from nature are the preferred source of nutrients for the body. Of equal importance is that the plant-form calcium used in Vitamin Code RAW Calcium, Algas calcareas.sp, also provides 73 naturally occurring minerals and trace elements such as magnesium, silica, boron, vanadium and strontium that have all been linked to healthy bones.

## PropaHeal

(1 oz), North American Herb and Spice

From $20.87
30% Off

The only emulsified bee propolis for both topical and internal use

## Strong Bones Healthy Teeth

(130 softgels), Irwin Naturals

From $22.91
42% Off

Advanced nutritional formula designed to help nourish your body and maintain a healthy skeletal system as you age.

Pectasol-C Modified Citrus Pectin | From Fruit Peel to Cancer Fighter
PectaSol-C Modified Citrus Pectin is the most effective product available for comprehensive,
natural cellular health support. Dr. Isaac Eliaz, founder Econugenics.

## Kali muriaticum 9C

, Boiron

From $5.36
39% Off

Boiron Kali Muriaticum 9C is a product indicated for inflamed mucous membranes

## Saline Aloe Nasal Spray

, Naturade

From $6.47
31% Off

Naturade Saline & Aloe Nasal Spray uses natural herbs and aloe vera gel to moisturize dry nasal
passages and reduce cold symptoms.

## Cardio Chelate with EDTA

(180 caps), Metabolic Response Modifiers

From $19.64
50% Off

Metabolic Responce Modifiers Cardio Chelate is an affordable, natural way to reduce dangerous
levels of metal in the blood.

## Selenium 100mcg

(100 tabs), Seacoast Vitamins

From $2.98
36% Off

Seacoast Natural Foods Selenium contains important antioxidant properties that may fight
against many types of cancers while boosting the body's immune system.

## Sandalwood Bath Body Oil

(8oz), Sunshine Spa

From $7.61

31% Off

Sandalwood Bath & Body Oil is a relaxing blend of oils and vitamins that aid in the relief of stress and anxiety.

## Detox Air Pollution Spray

(1 oz), Liddell (Liddel)

From $12.28
31% Off

Liddell Detox Air Pollution Homeopathic was formulated by a homeopathic doctor to counter the ill effects of polluted air on your body and lungs.

## Healthy Heart Guide

, Woodland Health Books

From $3.36

Healthy Heart Guide Cindy Jones Ph.D. is an excellent and informative book that details what can be done to protect your most vital organ -- the heart!

## Fibromyalgia

, Woodland Health Books

From $2.51

Woodland Health Books Fibromyalgia by William Hennen, PH.D. is a book that is designed to help individuals with Fibromyalgia fight the disorder through lifestyle change, supplementation and nutrition

## Mayo Clinic Wellness Solutions For Weight Loss

(DVD), Gaiam Yoga

From $14.88
25% Off

Drop fad diets and lose weight the healthy way - for good!
Vitamin D Standards Too Low
A worldwide increase to 2,000 IU of vitamin D daily (or higher for some groups) could reduce the incidence of a number of diseases, including multiple sclerosis, cancer, type-1 diabetes, metabolic syndrome, cardiovascular disease and tuberculosis.

## Mens Ultra Multi Daily

(120 capsules), TwinLab

From $16.96
43% Off

TWINLAB brings you products that are based on the latest science, and are manufactured to the highest level pharmaceutical standards. Vitamins, Minerals, Sports Nutrition Products, Special Formulas & Amino Acids. TWINLAB. Answers. For Life.
Udo's Choice The Father of Flax Oil
Udo's Choice Oil Blend is a perfectly balanced organic blend of oils, from fresh flax, sesame and sunflower seeds, as well as oils from evening primrose, rice germ and oat germ.
Vectomega | Major Advance in Omega 3 Fish Oil Products
Vectomega by Europharma. Fifty times more potent than regular fish oil products. Vectomega delivers superior bioavailability over other EPA/DHA products. Buy Direct from Seacoast.com and $ave.
Celery Seed Health Benefits
Celery Seed Extract is widely used as an effective diuretic, as well as a dietary supplement to help improve circulation and heart health.

## Great Legs

(60 caps), Natural Balance

From $13.39
36% Off

Natural Balance Great Legs (60 caps) is an excellent choice for increasing blood flow to the legs

## Bile Zyme

(90 Tabs), Seacoast Vitamins

From $7.64
35% Off

Seacoast Bile-Zyme Multple Digestive Enzyme Supplement with Ox Bile Extract.

## Kava Kava 450 mg

(60 Vcaps), Natural Balance

From $8.88
35% Off

Natural Balance Kava Kava (60 Vcaps) is a root native to the south pacific, hailed for its calming and psychoactive properties

## Serenity Formula

(60 caps), Natural Factors

From $12.57
29% Off

Serenity Formula from Natural Factors with Sensoril promotes emotional wellbeing

## Lightly Lemon Norwegian Cod Liver Oil

(1000 mg 300 soft gels), Carlson Labs

From $23.48
34% Off

Norwegian Cod Liver Oil promotes healthy heart, arteries, joints, brain-nerve function and bone strength.

## Sugar Balance

(120 capsules), FloraHeal

From $23.16
27% Off

With Floraheal's Sugar Control formula, the blood glucose level in the body can decrease significantly for maintaining a healthy blood sugar level. The formula contains natural ingredients that can increase insulin levels, decrease sugars in the blood, and promote metabolism of carbohydrates.

## Iodine Co-Factors

(90 capsules), EuroPharma

From $19.98
19% Off

These nutrients play an important role in transportation of iodine to the cells. Use along with Europharma Tri-Iodine or Thyroid Care products for optimal health.*

## Best D-Ribose featuring BioEnergy Ribose

(120 vegi capsules), Doctor's Best

From $16.96
52% Off

Studies have shown that ribose supplementation can enhance cardiac energy levels and support cardiovascular metabolism.

Order Online 24 Hours a Day, 7 Days a Week Call Toll-Free 800-555-6792 Hours of Operation: Mon - Fri, 9am - 6pm Eastern Time
1996-2012 Seacoast Natural Health
1. Seacoast Health Encyclopedia statements or claims have not been evaluated by the FDA.View all health topics.

Featured & Important Products | Complete Vitamin Supplement Catalog | Recently Updated and New Products



algaecal ca is lower in lead because the exterior of the algae is removed
Our Brands |Join Vitamins-Direct
Log In To Your Account

U.S. 800.555.6792
Int'l (1+) 702.508.9054

- FAQ & Shipping
- What supplements are popular today? Nordic Naturals fish oil.

# Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed

Vitamin Supplement for Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed

Below are **Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed** related alternative medicine supplements and vitamins. Also explore information on treatment, health benefits & side effects with Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed products. Many of the sources come from our Encyclopedia of Natural Health and include relevant health topics. Uses vary, but may include , Supporting healthy immune function, and Enhancing mental clarity and are non-FDA reviewed or approved, natural alternatives, to use for , Heart Disease, and Memory Loss. Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed products are reviewed below.

## Algaecal Ca Is Lower In Lead Because The Exterior Of The Algae Is Removed Benefits, Reviews & Discounts

Similar Picks

Algaecal Ca

Udo's Choice The Father of Flax Oil
Udo's Choice Oil Blend is a perfectly balanced organic blend of oils, from fresh flax, sesame and sunflower seeds, as well as oils from evening primrose, rice germ and oat germ.
Could Chelation Be The Answer To Defeating Autism?
Modified Citrus Pectin and Alginates are all-natural products that work in a very unique way to both chelate and eliminate heavy metals from the body.

WellBetX Nutritional Family of Glucose Management Products
The revolutionary ingredient that makes WellBetX Meal Replacement Drink Mix such an effective weight loss product is the unique soluble fiber blend PGX.

Umka Cold Care is Umcka ColdCare | Recover Faster
Umcka ColdCare, Recover Faster with Clinically Proven Cold & Flu Remedy from Natures Way. On Sale. Discount Vitamins. Seacoast.com

Wobenzym | Systemic Enzymes | Wobenzym N
Wobenzym N is the authentic systemic enzyme formula developed by Mucos Pharma in Germany and trusted by millions of people worldwide for over 40 years. Free Shipping on all Wobenzym orders with delivery inside the United States.

Review on Almased | Synergy Diet | Turbo-Protein Diet
Almased is a healthy natural weight loss phenomenon with proven results!

Pectasol-C Modified Citrus Pectin | From Fruit Peel to Cancer Fighter
PectaSol-C Modified Citrus Pectin is the most effective product available for comprehensive, natural cellular health support. Dr. Isaac Eliaz, founder Econugenics.

Vectomega | Major Advance in Omega 3 Fish Oil Products
Vectomega by Europharma. Fifty times more potent than regular fish oil products. Vectomega delivers superior bioavailability over other EPA/DHA products. Buy Direct from Seacoast.com and $ave.

Mega Nutrient | Natures Way Alive Multivitamin
Alive Multi Vitamin from Nature's Way is the complete daily multivitamin containing the best ingredients from whole-food sources.

PGX Daily | Benefits, Treatments & Side Effects
PGX is the new science of appetite control. The PGX program can be a comfortable way to improve eating habits for life.

Positive Effects of Krill Oil | Neptune Krill Oil | Arctic Pure Krill Oil
Pure Krill Oil is a rich source of antioxidants, phospholipids, and Omega 3 supporting mobility, heart health, healthy cell membranes and reducing PMS discomfort. NKO, ArcticPure, Neptune Krill Oil.

Curcumin
What is the Difference Between Turmeric and Curcumin?

Omega-3 Fatty Acids | Barleans Omega Swirl and You
Rich in vital and essential Omega-3 fatty acids, Barleans Omega Swirl flax and fish oil supplements are the freshest, best tasting and most nutritious, naturally. Barleans Omega Swirl is the perfect solution for the whole family!

## PFO Pure Fish Oil

(90 caps), Health From The Sea

From $11.35
33% Off

Health From The Sea's PFO Pure Fish Oil offers a natural way to improve heart health, while also increasing brain function and alleviating joint stiffness.

IP6 Inositol Called a Natural Cancer Fighter

IP6 Inositol Hexaphosphate has been called a "natural cancer fighter" and scientific studies suggest that it slows or reverses the growth of various forms of cancer, including breast, colon, and prostate cancers.

# Elixir of the Lake Blue-Green Algae Superfood

(50 g), HealthForce Nutritionals



From $23.96

36% Off

Elixir of the Lake contains 100% wildcrafted, organic Blue-Green Algae, a major Superfood which has been found to increase energy levels and strengthen and tone the immune system.

# Elixir of the Lake Powder

(225 Grams ), HealthForce Nutritionals



From $71.96

36% Off

Elixir of the Lake is 100% Wildcrafted, Organic and TruGanically (higher standard than Organic) grown Pure Klamath Blue-Green Algae from Klamath Lake in Oregon.

Study Reveals Vitamin D More Effective than Flu Vaccine

Japanese scientists, writing in the American Journal of Clinical Nutrition, have found that the dietary supplement Vitamin D is better at preventing flu than vaccinations.

Lumina Health CellFood |Oxygen Therapy
Cellfood is the worlds top-selling oxygen+nutrient formula sold in over 70 countries and recommended by health professionals everywhere. Celebrating 40 years of enhancing health throughout the world.
Jarro Dophilus Ranked #1 in Sales
Jarro-Dophilus Enhanced Probiotic System (EPS) s the best probiotic to promote healthy intestinal microflora and support immune function.

## **Healing Honey**

, Active 15 Manuka Honey (12 oz), The Synergy Company



From $24.95

From the pristine nature preserves of New Zealand comes a honey so utterly delicious, so beneficial in its health properties it is classified as a Therapeutic Good in Australia.

## **NO SHOT Methylcobalamin B-12 1000 mcg- B6**

, Folic Acid 800 mcg (60 micro tabs), Superior Source Vitamins

 

From $11.86
19% Off

NO SHOT B-12 Methylcobalamin / B-6 / Folic Acid "Instant Dissolve Sublingual Micro-Tabs" go to work fast, just place one Sublingual Micro-Tab under the tongue and within seconds the Micro-Tab is dissolved and the nutrients are sped into the blood stream. The combination of B-12 / B-6 & Folic Acid provides essential nutrients for the well being of the heart, by working synergistically to achieve a lower Homocysteine level which in turn lowers the risk of developing heart disease as well as providing nutritive support for healthy cardiovascular functions.

## **Pure Synergy**

Organic Superfood Powder (5 oz), The Synergy Company



From $27.95
15% Off

Pure SynergySuperfood Powder has received many positive testimonials and reviews by renowned artists and poets, scientists and philosophers, guru's and nutritional experts.
Vitamin D Standards Too Low
A worldwide increase to 2,000 IU of vitamin D daily (or higher for some groups) could reduce the incidence of a number of diseases, including multiple sclerosis, cancer, type-1 diabetes, metabolic syndrome, cardiovascular disease and tuberculosis.

## Pure Radiance C

(90 veg caps, 650 mg each), The Synergy Company



From $18.66
25% Off

Whole food organic, truly 100% natural vitamin C. Potent blend of organic whole foods and wildcrafted camu camu.

## Pure Radiance C Powder

(120 grams), The Synergy Company



From $22.91
23% Off

Whole food organic, truly 100% natural vitamin C. Potent blend of organic whole foods and wildcrafted camu camu.

## Pure Synergy Capsules

(270 vcaps) SuperFood Formula, The Synergy Company



From $36.46
18% Off

Nourish and enhance your life experience. Pure Synergy is made from certified organic herbs, vegetables and fruits. Premium superfood powder.

## Bone Renewal

(150 capsules), The Synergy Company



From $37.95
5% Off

Bone Renewal was extensively researched and designed by Mitchell May and contains Exclusive Whole Food Bio-Organic Nutrients to Effectively Support Healthy Bones

## Pure Synergy

Superfood Powder (354 g), The Synergy Company



From $49.90
16% Off

The Original Organic Superfood Since 1977 The original formula developed by Mitchell May blends 60 of the most vitalizing and nutrient-rich whole foods into an organic superfood of perfect nutritional potency.

## PFO Pure Fish Oil

(180 caps), Health From The Sea

From $19.34

33% Off

Health From The Sea PFO Pure Fish Oil 180 Fish Soft Gels, Fish Gelation Capsule, Natural Juicy Orange Flavor, Omega-3 Healthy Heart Maintenance, Third-Party Tested, Molecularly Distilled For Purity
MicroLingual Technology by Superior Source Vitamins
Superior Source Vitamins is the #1 Alternative to Hard to Swallow Pills and Capsules
Optimox Iodoral | High Potency Iodine - Potassium Iodide Supplement
Optimox Iodoral | High Potency Iodine - Potassium Iodide Supplement, for 25 years Seacoast Vitamins is your source for natural health supplements.
Celery Seed Health Benefits
Celery Seed Extract is widely used as an effective diuretic, as well as a dietary supplement to help improve circulation and heart health.
Dietary Supplements - Are they safe and effective?
Despite recent news reports, supplements are reasonable choices when used properly.
ThreeLac Probiotic | Friendly Flora
Experience the power of ThreeLac, the proprietary Probiotic that is getting celebrity praise everywhere. Formulated with three very effective types of proactive bacteria, ThreeLac contributes to the health and balance of the intestinal tract, helping to fight against illness and disease.

## Organic Vita-Min-Herb for Men

(90 tabs), The Synergy Company



From $25.46
15% Off

Organic Vita-Min-Herb Multi for Men by The Synergy Company
MaxiVision | Advanced Nutritional Supplements for Healthy Vision | see Ocuvite
Maxivision Whole Body Formula. Maxivision Ocular Formula. Advanced vision support including Lutein 20mg, Zeaxanthin, CoQ10, Acetyl-L-Carnitine, Green Tea Extract and Resveratrol.
Elderberry-Syrup | Effective Cold and Flu Remedy
Elderberry-Syrup Encourages Healthy Upper Respiratory and Enhances Overall Immune Functions.

Vitalzym Systemic Enzymes
Vitalzym Systemic Enzyme Supplement. Bromelain, Papain, Rutin, Amylase, Protease, Lipase, Amla, and Serrapeptase. Vegetarian, Non-GMO, Enteric Coated Liguid Gel Capsules.

## Total EFA

(180 caps), Health From The Sun

From $27.58
31% Off

Health From The Sun The Total EFA supplies your daily needs needs for essential fatty acids (EFAs) in an ideal ratio of omega-3, 6 & 9 from certified organic Flax oil, molecularly distileld Fish oil and Borage oil.

## Organic Vita-Min-Herb for Men

(180 tabs), The Synergy Company

From $46.71
15% Off

Organic Vita-Min-Herb Multi for Men by The Synergy Company

## Mosquitostick

, Health From The Sun

From $5.77
27% Off

Mosquitostick by Health From the Sun, naturally relieves itchy bug bites.

## A Kids Pure Fish Oil

(4fl.oz.), Health From The Sea

From $11.04
33% Off

Health From The Sea A+ Kids Pure Fish Oil helps with ADHD, concentration, and building healthy bones.

## Fruits of the Earth Powder

(Trial Size), HealthForce Nutritionals



From $3.16
36% Off

Fruits of The Earth = 80% Fruits, 20% Alkalizing Superfoods, 100% Hard-Core

## ProEPA Xtra

(60 gel caps), Nordic Naturals



From $33.85
15% Off

Nordic Naturals ProEPA Xtra is an ultra high concentration of EPA, an omega-3 essential fatty acid recommended by doctors for cardiovascular health and proper immune support.

## ProEPA Xtra

(120 gel caps), Nordic Naturals



From $59.46
14% Off

Nordic Naturals ProEPA Xtra is an omega-3 essential fatty acid formula often recommended by doctors for cardiovascular health and proper immune support.

# You might also like these

## The Immune System

, Woodland Health Books

From $3.36
32% Off

The Immune System by Louise Tenney M.H. discusses the importance of prevention and how naturally boosting the immune system can prevent many bacteria and viruses.

Amazing Grass l Green Superfood

The New and Improved Amazing Grass Green Superfood including Great Recipe Ideas

## Advanced Bone Activator

(90 tablets), Fembody Nutrition

From $27.75
30% Off

Naturally sourced organic calcium featuring AlgaeCal and organic plant-based Polycan Black Yeast Beta Glucan

## The Ultimate Antioxidant

(60 Caps), Natural Factors

From $17.47

29% Off

The Ultimate Antioxidant is designed to boost the antioxidants in the body. It is all-natural and safe to use.

iFlora | Sedona Labs iFlora Probiotics | iFloras Flora Source

New Low Prices on iFlora Probiotic Formulas from Sedona Labs. Nasal Sinus Support. Discount Catalog of Nutritional Supplements. Seacoast.com

Promeva | Simple Tips for Breast Health

Natures Way Promeva, a unique natural supplement to help support healthy breast tissue. Promeva is Clinical Strength Breast Health Protection.

## Fruits of the Earth Fruits of the Earth Superfruit Antioxidant

(180g), HealthForce Nutritionals

From $26.36
36% Off

Highly potent antioxidant utilizing a blend of natures most nutritive fruits from around the world.

Reserveage Organics

Reserveage Organics eliminates use of magnesium stearate. Reserveage Organics, producer of premium resveratrol health supplements announced it will begin utilizing rice bran and silica instead of dicalcium phosphate and magnesium stearate.

## PectaSol Chelation Complex

(180 v-caps), Econugenics

From $84.96
15% Off

Econugenics PectaSol Chelation Complex is a combination of modified citrus pectin and a modified alginate compound. Supports safe and efficacious detoxification.

Pro Omega | Nordic Naturals Fish Oil

Pharmaceutical grade Pro Omega fish oil is a highly concentrated Omega-3 supplement containing EPA and DHA.

## NADH

(10 mg - 30 tablets), KAL

From $30.98
33% Off

A form of niacin, NADH levels significantly decline with age.

## LifeEssence

The Master Multiple (120 tabs), Pure Essence Labs

From $28.45
36% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## LifeEssence

The Master Multiple (240 tabs), Pure Essence Labs

From $44.16
35% Off

Packed with the phyto-nutrients found in SuperFoods and Superior Herbs

## Portuguese Coarse Sea Salt

(7.3 oz), The Real Food Trading Company

From $3.65
31% Off

Portuguese Coarse Sea Salt by Fun Fresh Foods is hand-harvested and contains a wide spectrum
of naturally-occurring trace minerals.

Phenocane | Natural Pain & Inflammation Relief
Original Phenocane is an ultra potent, all natural anti-inflammatory and pain reliever indicated
for use in clinical studies and conducted using turmeric (curcumin), DLPA, nattokinaise, and
complementary herbs found in Phenocane.

## Oceans 3 - Beyond Omega 3 Cod Liver Oil

(8oz Oil), Garden of Life

From $21.60
29% Off

The unique trio of ingredients contained in OmegaXanthin have extraordinary health benefits
when taken individually. By combining them in Oceans 3 Beyond Omega-3, these components
work in harmony providing much more than they could on their own.

Econugenics Introduces ProstaCaid
Mens Prostate Health Supplement. ProstaCaid from Econugenics is now available. New
Clinically Supported Breakthrough for Prostate Health

## Vanadyl Sulfate 5000mcg

(90 Capsule - Veg), Country Life

From $5.19
48% Off

Vanadyl Sulfate is a trace nutrient known to be involved in glucose and lipid metabolism.
Vegetarian/Kosher

Order Online 24 Hours a Day, 7 Days a Week Call Toll-Free 800-555-6792 Hours of Operation:
Mon - Fri, 9am - 6pm Eastern Time
1996-2012 Seacoast Natural Health
1. Seacoast Health Encyclopedia statements or claims have not been evaluated by the FDA.View
all health topics.

Featured & Important Products I Complete Vitamin Supplement Catalog I Recently Updated and
New Products



is algaecal plus made with algaecal ca
Our Brands |Join Vitamins-Direct
Log In To Your Account

U.S. 800.555.6792
Int'l (1+) 702.508.9054

- FAQ & Shipping
- What supplements are popular today? Nordic Naturals fish oil.

# Is Algaecal Plus Made With Algaecal Ca

Vitamin Supplement for Is Algaecal Plus Made With Algaecal Ca

Below are **Is Algaecal Plus Made With Algaecal Ca** related alternative medicine supplements and vitamins. Also explore information on treatment, health benefits & side effects with Is Algaecal Plus Made With Algaecal Ca products. Many of the sources come from our Encyclopedia of Natural Health and include relevant health topics. Uses vary, but may include , Promoting Healing, and Increasing Energy and are non-FDA reviewed or approved, natural alternatives, to use for , Menopause, and Osteoporosis. Is Algaecal Plus Made With Algaecal Ca products are reviewed below.

## Is Algaecal Plus Made With Algaecal Ca Benefits, Reviews & Discounts

Similar Picks

Algaecal Ca

Is Algaecal Plus Made With Algaecal Ca

## Advanced Bone Activator

(90 tablets), Fembody Nutrition



From $27.75
30% Off

Naturally sourced organic calcium featuring AlgaeCal and organic plant-based Polycan Black Yeast Beta Glucan
Umka Cold Care is Umcka ColdCare | Recover Faster
Umcka ColdCare, Recover Faster with Clinically Proven Cold & Flu Remedy from Natures Way. On Sale. Discount Vitamins. Seacoast.com

## Bone Strength Take Care

(120 Tabs), New Chapter Nutrition



From $35.97
40% Off

Bone Strength Take Care with AlgaeCal, Algas Calcareas contains calcium in its most absorbable form in addition to strontium, other trace minerals, and vitamins needed to regain and maintain bone strength.
Review on Almased | Synergy Diet | Turbo-Protein Diet
Almased is a healthy natural weight loss phenomenon with proven results!
Review
Yes, the instruction to take the tablets with an 8-oz glass of water in the middle of a meal is ridiculous. It gives me the impression that the company doesn\'t know what they are talking about. Water will dilute the enzymes and therefore has a negative impact on digestion. The formula is inadequate; magnesium among other bone health minerals are inadequate or missing. The form of calcium is oxalate which can cause kidney stones. There were NO INDEPENDENT studies on AlgaeCal.

## Fermented Soy Powder

(1 lb.), NOW Foods



From $15.52
22% Off

NOW Fermented Soy Powder combines the nutritive value of soy with the benefits of fermentation in one convenient daiily serving. Fermented Soy offers a broader nutrient profile than traditional soy products with its higher content of bioavailable isoflavones, including Genistein and Daidzein. Fermentation also produces pre-digested soy protein, which naturally improves flavor and texture. Technical Talk about Beta Glucans Read FAQ's

## Promeva Breast Health Protection

(30 Vcaps), Nature's Way



From $28.01
37% Off

Clinical Strength Promeva contains HMRlignan, DIM-plus, Calcium D-Glucamate and Vitamin D3 a unique formula to support breast health and reduce cyclical breast tenderness.
Curcumin
What is the Difference Between Turmeric and Curcumin?
Best Protein Shake | Lean1 Nutrition53| Optimal Meal Replacement
Lean1 Nutrition53 Burns Body Fat, Tones and Defines, Reduces Hunger Cravings, Speeds Recovery from Workouts. Nutrition53 is On Sale at Seacoast.com, Shakeology, Beachbody are no match for Lean1 Nutrition53.

## LifeShield Reishi

(60 vcaps), New Chapter Nutrition



From $20.97
40% Off

Reishi is one of the most revered tonic mushrooms that promotes vitality, longevity, and wellness.

Iberogast | Digestive Relief with Iberis Amara | Clowns Mustard
Iberogast Original Formula Every Day Lowest Price 40% Discount Seacoast Vitamins Direct Price.

Wobenzym | Systemic Enzymes | Wobenzym N
Wobenzym N is the authentic systemic enzyme formula developed by Mucos Pharma in Germany and trusted by millions of people worldwide for over 40 years. Free Shipping on all Wobenzym orders with delivery inside the United States.

Review
Coral calcium has been hyped a lot, but my nutiitron prof was not impressed with it. As a supplement in pill form, we'd look for calcium citrate, chelated calcium or (last choice) calcium lactate.A good idea is to buy high-quality products and rotate among brands each time you buy. We are never 100% sure that these natural products have in them exactly the ingredients they say, hence the high-quality names and the rotation.At the risk of sounding like a nag, may I add a few remarks:1) there's something wrong with your 2mg dosage. A minimum dose for an osteoporosis patient would be one gram per day, which is 1000 milligrams. Please pay strict attention to the label on the bottle. You are looking for the elemental calcium content, not the milligrams or grams of calcium compound. For example, a 600 mg Ca tablet can actually contain only 150 mg of elemental calcium. Most high-quality manufacturers will specify on the label the milligram content of the compound and also the milligram content of elemental calcium. If the label does not present this information, it would be best to avoid this product.2) calcium (Ca) must always be combined with magnesium (Mg). The reason is that a high-calcium or calcium-only intake will result in a net calcium depletion of the bone tissue. The body must always maintain Ca/Mg in a specific balance in the bloodstream. If the human being overdoses on calcium only, the ingenious body will dissolve bone tissue to obtain the magnesium necessary to keep the blood balance. This important fact is sometimes neglected by medical doctors. A common practice is to prescribe 1 or 2 grams of calcium only, while neglecting magnesium. A recipe for disaster.The proportion of Ca to Mg is about 2 to 1. Most high-quality calcium preparations will also present magnesium in the right proportion. Or you can buy them separately. If buying separately, the same caution re elemental magnesium will apply. Ideally, you will be looking for something like

1 gram of elemental calcium plus 500 mg elemental magnesium per day.This should be taken in staggered doses during the day, with meals because Ca Mg absorb better with food. For example, one 500 mg Ca with 200-250 mg Mg with lunch, another with dinner, a third with breakfast if you like.3) all osteoporosis patients should modify and re-work their entire nutiitron program. The goal here is to prevent calcium loss from the bones, rather than simply increasing the oral intake. Can you find someone to work with you, possibly in a low-cost clinic associated with a good school of naturopathy or a nutiitron faculty in your area.Your goal here is to change gradually from a diet that burns to an acid ash this is the typical North American diet to one that leaves a more alkaline ash. Foods to reduce are meat, excessive protein, junk foods, processed commercial foods, soda pop, excessive sugar, white flour products and coffee. Foods to increase are simple. More vegetables. More fruit. More vegetables. Whole grains. More vegetables. Beans and lentils. More vegetables.4) more on nutiitron. Authorities are divided as to whether calcium from dairy products such as milk, yoghurt and cheese or calcium from dark-green-leafy vegetables is better assimilated by the human body. I mean really good authorities with plenty of academic studies to back up each point of view. What to do when the authorities can't agree? The answer seems simple keep lots of both in your diet.The dark-green-leafies include broccoli, rapini, chard, kale, beet and turnip greens, and to a much lesser extent the deeply colored lettuces such as oak leaf and romaine.If your nutiitron is not very healthy right now, it will take some time to accustom yourself to a better regime, perhaps an entire year. That's why a knowledgeable nutiitronist or naturopath could help with support suggestions. I'd start by visiting my local farmers' market, most cities have them now, and please especially check out the organic produce. 5) a walk on the wild side something to think about. Wild greens are chock-full of valuable minerals including calcium, magnesium and potassium, and they're brimming with vitamins. Dandelion leaves, for example, contain more minerals and vitamins than spinach. Another high-mineral wild green leaf is nettles, traditionally made into nettle soup or an infusion to drink (combine with fruit juice or your favorite tea if you like.) You can find these wild greens at a local farmers' market, or perhaps at your health food store. You could even learn to find and gather them in the countryside yourself.One interesting herb called horsetail helps to deposit calcium into bone tissue. It grows wild across north America and is sold in health food stores. You'd make it into an infusion (steep for 4 hours or more to extract the minerals.) In the morning, combine with tea heat as a breakfast beverage. Use this no more than 1 or at the most 2 weeks out of 4, as it contains silica. This is good for your joints in small quantities, but should not be taken daily for long period of time.6) certain foods are a big caution because they contain oxalic acid. This combines with calcium in the bloodstream and gets excreted as calcium oxalate, so the result of eating these foods is a net calcium loss. These foods are: rhubarb, spinach, sorrel and to a much lesser extent, chocolate. It's OK to have rhubarb 1 or 2 or 3 times a year, when it's fresh, but it's not OK to scarf down spinach 3 times a week while believing it's good for you. Pop-eye was wrong.7) I'm sure your doctor has gone on and on about how you must do weight-bearing exercises. These build up bone tissue. Walking is just great. It's perfect for you. Please leave that car at home. Could you join a hiking or walking group. They're interesting fun a painless way to save your bones. Swimming, by the way, is not considered a weight-bearing exercise, because the water supports the body. Bicycling is not as helpful as walking, because the bike bears the weight, not the human skeleton. re: Fosamax. The questionable news about this is that the bone tissue that results is lacey and brittle. Studies have shown that patients taking this and other similar medications have just as many fractures as control groups, even if their bone readings improve in tests.9) if you smoke, your doctor has already lectured you about this. It's a real no-no

for osteoporosis patients.Wishing you the very best. It's a long year of work, but I personally believe osteoporosis can be avoided. If the disorder is present it can be stopped. I even believe it can be reversed,

## EstroSoy Plus

(60 caps), Nature's Way



From $11.86
46% Off

Nature's Way EstroSoy Plus (60 caps) is an effective and safe way to balance hormones and provide relief from symptoms of menopause

## Garlic Echinacea Goldenseal plus

(60 tabs), Futurebiotics



From $8.63
33% Off

Garlic, Echinacea & Goldenseal+ is a comprehensive botanical formula combining the benefits of many well-known herbs, including Echinacea, Garlic, Elderberry and Goldenseal, traditionally used to provide seasonal support and defense.

## Garlic Echinacea Goldenseal plus

(120 tabs), Futurebiotics



From $14.66
33% Off

Garlic, Echinacea & Goldenseal+ is a comprehensive botanical formula combining the benefits of many well-known herbs, including Echinacea, Garlic, Elderberry and Goldenseal, traditionally used to provide seasonal support and defense.

## Kyolic Lecithin Cholesterol Formula 104

(200 capsules), Kyolic



From $14.15
39% Off

This combination of Lecithin and Aged Garlic Extract supports healthy cholesterol levels and overall cardiovascular health.

## Kyolic Lecithin Cholesterol Formula 104

(100 capsules), Kyolic



From $8.03
40% Off

This combination of Lecithin and Aged Garlic Extract supports healthy cholesterol levels and overall cardiovascular health.

## Kyolic Lecithin Cholesterol Formula 104

(300 capsules), Kyolic



From $21.63
33% Off

This combination of Lecithin and Aged Garlic Extract supports healthy cholesterol levels and overall cardiovascular health.

Positive Effects of Krill Oil | Neptune Krill Oil | Arctic Pure Krill Oil
Pure Krill Oil is a rich source of antioxidants, phospholipids, and Omega 3 supporting mobility, heart health, healthy cell membranes and reducing PMS discomfort. NKO, ArcticPure, Neptune Krill Oil.

## Stevia plus FOS

(8 oz), Planetary Herbals



From $12.05
41% Off

Planetary Herbals EarthSweet Stevia combines a highly potent stevia concentrate with fructooligosaccharides (FOS). Both are water extracted and non-bleached, avoiding the use of harsh or toxic chemicals. EarthSweet Stevia may help support healthy blood sugar levels when used as part of your diet. This product is suitable as a dietary supplement with your favorite foods or beverages.

## Stevia plus FOS

(4 oz), Planetary Herbals



From $6.46
41% Off

Planetary Herbals EarthSweet Stevia combines a highly potent stevia concentrate with fructooligosaccharides (FOS). Both are water extracted and non-bleached, avoiding the use of harsh or toxic chemicals. EarthSweet Stevia may help support healthy blood sugar levels when used as part of your diet. This product is suitable as a dietary supplement with your favorite foods or beverages.

MicroLingual Technology by Superior Source Vitamins
Superior Source Vitamins is the #1 Alternative to Hard to Swallow Pills and Capsules

## Bone Builder with Silica Plus

(120 tabs), Ethical Nutrients

From $11.89
45% Off

Bone Builder with Silica Plus helps support healthy bones and connective tissue formation.

## Multi Vitamin Energy Plus for Women

(120 tabs), Futurebiotics



From $13.30
33% Off

Multi Vitamin Energy Plus is a daily multi-nutritional formula designed for women that provides vitamins, minerals and important other nutrients all in one energizing and highly potent state-of-the-art supplement. Multi Vitamin Energy Plus for Women is the definitive women's multi-vitamin and mineral supplement, containing over 100% of the recommended daily value of most nutrients, including a whopping 625 mg of Calcium, plus Iron and Zinc. Antioxidant support is provided by vitamins A, C and E plus Selenium.

## Multi Vitamin Energy Plus for Women

(60 tabs), Futurebiotics



From $7.69
33% Off

Multi Vitamin Energy Plus is a daily multi-nutritional formula designed for women that provides vitamins, minerals and important other nutrients all in one energizing and highly potent state-of-

the-art supplement. Multi Vitamin Energy Plus for Women is the definitive women's multi-vitamin and mineral supplement, containing over 100% of the recommended daily value of most nutrients, including a whopping 625 mg of Calcium, plus Iron and Zinc.

## echinacea immune

(60 vcaps), Futurebiotics



From $7.78
44% Off

Echinacea-Immune contains popular, proven seasonal blends of Echinacea, Elderberry and Goldenseal with new patented AloeBiotics for modulating normal immune function.

## Super Sea Plus

(1 Quart), Global Health Trax



From $29.95
23% Off

SuperSea Plus provides a terrific energy and strength boost in an elixir with a hard-to-find light cherry taste. SuperSea Plus was developed to provide much of the nutrition your body needs in just a one-ounce serving per day.

MaxiVision | Advanced Nutritional Supplements for Healthy Vision | see Ocuvite
Maxivision Whole Body Formula. Maxivision Ocular Formula. Advanced vision support
including Lutein 20mg, Zeaxanthin, CoQ10, Acetyl-L-Carnitine, Green Tea Extract and
Resveratrol.
Review
I have been using Dr. Christopher's Lung & Bronchial Formula for a couple of weeks now, and it
has really helped relieve my asthma symptons. My doctor had me on a steroid medication for
this condition, which made my really "puffy" looking, which I hated, plus I did not really want to
be inhaling steroids. So that's the reason I started doing research and found this. I couldn't be
happier with the results, and my puffiness is gone!

# Triphala 500 mg

(120 Tabs), NOW Foods



From $8.23
41% Off

Triphala is a combination of three fruits (Harada, Amla and Behada) that has been used in
Ayurvedic herbalism for thousands of years. Triphala's historical use as a digestive cleanser and
tonifier has been backed up with numerous modern scientific studies demonstrating the positive
effects of its component herbs on the gastrointestinal tract.

# Bilberry Extract

(30 v-capsules), Flora



From $23.84
21% Off

Bilberry is commonly used to reduce the effects of occasional eye strain. Flora's premium Bilberry Extract Plus Blueberry is an ultra-concentrated bilberry extract containing 62.5 mg anthocyanidins per capsule. Anthocyanidins are potent antioxidants that help support a healthy circulatory system, and maintain cell integrity.

# You might also like these

## Longest Living Acidophilus plus

(100 capsules), Futurebiotics

From $9.65
33% Off

Futurebiotics Longest Living Acidophilus provides 1.5 billion dairy-free, "friendly" bacteria per capsule. Multiple probiotic sources are included, which work synergistically to provide a full array of healthy, natural organisms. Futurebiotics Longest Living Acidophilus+ contains a unique blend of lactobacilli strains, including potent Lactospore.

## Hydraplenish Plus MSM

(60 vcaps), Nature's Way

From $15.26
47% Off

Hydraplenish Plus MSM benefits the body in many ways. It helps moisturize the skin internally and improves joints and ligaments.

## Vegetarian Enzyme Complex 50 Plus

(75 tabs), Futurebiotics

From $11.35
33% Off

Vegetarian Enzyme Complex 50+ contains increased amounts of numerous enzymes to assist in the breakdown of food and assist in the utilization of nutrients, along with digestive support from Fennel and Gentian.

## LifeShield Cordyceps

(60 vcaps), New Chapter Nutrition

From $20.97
40% Off

Cordyceps is the worlds most researched mushroom for increasing endurance. 100% GROWN & CRAFTED IN THE USA
Phenocane | Natural Pain & Inflammation Relief
Original Phenocane is an ultra potent, all natural anti-inflammatory and pain reliever indicated for use in clinical studies and conducted using turmeric (curcumin), DLPA, nattokinaise, and complementary herbs found in Phenocane.

## Vital K plus Ginseng Extra

(16 oz), Futurebiotics

From $10.67
33% Off

Vital K + Ginseng Extra is a Potassium, Iron and herbal energizing liquid supplement. Korean Ginseng, American Ginseng, Eleuthero root, Chamomile, Sarsaparilla, Dandelion and Alfalfa, to name just a few.
Mega Nutrient | Natures Way Alive Multivitamin
Alive Multi Vitamin from Nature's Way is the complete daily multivitamin containing the best ingredients from whole-food sources.

## BalancePom Plus

(90 caps) Estragranate Plus, Pomegranate Health

From $23.36
16% Off

Pomegranate blended with Traditional Herbs promoting hormone balance and menopause relief.

## Slimaluma Plus

(60 vcaps), NOW Foods

From $14.70
41% Off

Appetite Control with Green Tea and Yerba Mate

## Releev

(0.2 oz Cold Sore Relieve), ViraMedX

From $16.14
32% Off

Releev 0.2 oz by ViraMedX is an all-natural and effective treatment for skin lesions associated with herpes such as cold sores, blisters, etc. It offers immediate pain relief and helps to resolve sore within 24 hours.

## Super Zeaxanthin with Lutein Meso-zeaxanthin Plus Astaxanthin

. (60 softgels), Life Extension

From $31.50
25% Off

Super Zeaxanthin with Lutein & Meso-zeaxanthin Plus Astaxanthin (60 softgels)*

## Vitamin C Moisture Plus Lotion with SPF 15

, Avalon Organics

From $12.71
33% Off

Vitamin C Moisture Plus Lotion with SPF 15 protects skin from the damaging effects of the sun while revitalizing tone and clarity.

## Leg Cramps with Quinine

(100 Tabs), Hylands

From $7.78
33% Off

Hyland's Leg Cramps is a traditional homeopathic formula for the relief of symptoms of cramps and pains in lower back and legs often made worse by damp weather.

## Ionic-Fizz Calcium Plus

(30 Packet-Box), Pure Essence Labs

From $19.75
31% Off

Ionic-Fizz Calcium Plus provides the world's best absorbed calcium and magnesium in the ratio that best supports bones.

## Ionic-Fizz Calcium Plus

(420 gm), Pure Essence Labs

From $22.40
53% Off

Ionic-Fizz Calcium Plus provides the world's best absorbed calcium and magnesium in the ratio that best supports bones.

## Ocuguard Plus

(120 capsules), TwinLab

From $33.96
33% Off

Advanced Vitamin & Antioxidant Supplement for the Eyes - Now with Lutein, Zeaxanthin & Vitamin D3

## Esterol Ester-C with Bioflavonoids

(100 Vcaps), NutriCology

From $17.81
38% Off

A customized formulation of Ester-C with bioflavonoids. Esterol also provides 3 types of bioflavonoids - quercetin, rutin, and proanthocyanidins.

## Esterol Ester-C with Bioflavonoids

(200 Vcaps), NutriCology

From $32.68
29% Off

A customized formulation of Ester-C with bioflavonoids. Esterol also provides 3 types of bioflavonoids - quercetin, rutin, and proanthocyanidins.

## Stress Plus

(50 Tabs), NOW Foods

From $6.46
41% Off

NOW Stress Plus is an exceptional and comprehensive formula of B Vitamins, enriched with Vitamin C (as ascorbic acid) and Valerian Root. This proprietary blend is an ideal way to replenish the vital nutrients that we consistently expend on a daily basis. By promoting a calm attitude with just touch of valerian, NOW Stress Plus helps keep important water-soluble nutrients active in the body longer.*

## Stress Plus

(100 Tabs), NOW Foods

From $12.94
35% Off

NOW Stress Plus is an exceptional and comprehensive formula of B Vitamins, enriched with Vitamin C (as ascorbic acid) and Valerian Root. This proprietary blend is an ideal way to replenish the vital nutrients that we consistently expend on a daily basis. By promoting a calm attitude with just touch of valerian, NOW Stress Plus helps keep important water-soluble nutrients active in the body longer.*

## Memory Plus

(100 Caps), Christophers Original Formulas

From $8.88
44% Off

Dr. Christopher's Memory Plus Formula, formerly known as Mem, with blue vervain, ginkgo biloba, and gotu kola.

## Black Seed-plus

(90 caps), North American Herb and Spice

From $16.96
32% Off

The true Mediterranean Nigella Sativa with cumin

## pH Rolls

(120 Strips), EnzyMedica

From $14.39
19% Off

To Be Used in Conjunction with pH-Basic. pH-Basic is formulated to assist in balancing the pH individuals who are too acidic. Approximately 120 test strips

## Cranberry Extract Plus C Herbs

(90 tabs), Futurebiotics

From $9.65
33% Off

Cranberry Plus is a concentrated cranberry extract formula that has been designed to help nutritionally support urinary tract health.* Cranberry Plus is part of a series designed specifically for women who demand the most and expect nothing less from their supplements. Research indicates that Cranberry helps inhibit harmful pathogens from adhering to the mucosal cells lining the urinary tract.

## Resveratrol Plus

(120 Capsule), Country Life

From $20.91
47% Off

Resveratrol Plus is a good source of antioxidants and is a free-radical scavenger. Preservative Free Vegetarian Capsules. Certified Gluten-Free. Kosher Dietary Supplement

## Silymarin plus

(120 tabs), Futurebiotics

From $19.93
44% Off

Silymarin Plus combines Milk Thistle extract, standardized for 80% silymarin, with six other supportive herbs and nutrients including Dandelion root and Beet root. This unique, vegetarian formula helps nutritionally support healthy liver function.* Milk Thistle extract has been used for centuries for both digestion and liver concerns.

## Silymarin plus

(60 tabs), Futurebiotics

From $11.35
33% Off

Silymarin Plus combines Milk Thistle extract, standardized for 80% silymarin, with six other supportive herbs and nutrients including Dandelion root and Beet root. This unique, vegetarian formula helps nutritionally support healthy liver function.* Milk Thistle extract has been used for centuries for both digestion and liver concerns.

<u>Elderberry-Syrup | Effective Cold and Flu Remedy</u>
Elderberry-Syrup Encourages Healthy Upper Respiratory and Enhances Overall Immune
Functions.

## ZMA Plus

(120 Vcaps), Natural Sport

From $25.46
35% Off

Natural Sport's ZMA Plus is a unique synergistic combination of ZMA (Zinc Magnesium and
Aspartic Acid) plus Tribulus and Velvet Bean to help you achieve maximum results. Zinc and
Magnesium have been shown to support muscle tissue recovery following intense exercise by
inhibiting adrenal cortisol secretion. Zinc may also play an important role in modulating serum
testosterone levels in men. Tribulus, when used in conjunction with the Natural Sport fitness
plan, boosts stamina, increases muscle size and enhances muscle tone. Tribulus is also known for
increasing energy, vitality and libido in both women and men. Velvet Bean (Mucuna Puriens)
contains L-Dopa, a pre-cursor to dopamine, which is a neurotransmitter that supports a general
sense of well being.

## Bromelain Plus

(90 Ultracaps), Enzymatic Therapy

From $14.88
40% Off

Bromelain is a natural enzyme derived from pineapple that will relieve muscle pain after
strenous excersize.

## Prostabs Plus

(90 tabs), Futurebiotics

From $8.63
33% Off

Prostabs Plus is a synergistic combination of nutrients traditionally used to support prostate
health. It contains the benefits of Raw Prostate Glandular, targeted botanicals including Saw
Palmetto extract, amino acids and select nutrients. Prostabs Plus is part of a series of advanced
state-of-the-art nutritional supplements designed especially for today's health-conscious man.

## Spectro 50-Plus

(120 vcaps), Solaray Vitamins

From $24.01
34% Off

Spectro 50-Plus is a multi-vitamin for 50+ adults that need a vitamin to keep up with their active lifestyle

Order Online 24 Hours a Day, 7 Days a Week Call Toll-Free 800-555-6792 Hours of Operation: Mon - Fri, 9am - 6pm Eastern Time
1996-2012 Seacoast Natural Health
1. Seacoast Health Encyclopedia statements or claims have not been evaluated by the FDA. View all health topics.

Featured & Important Products | Complete Vitamin Supplement Catalog | Recently Updated and New Products