# EXHIBIT F

**From:** "Mike - AlgaeCal" <mike@algaecal.com>
**Date:** 8 August, 2012 9:13:31 AM PDT
**To:** "'Dean - Algaecal'" <dean@algaecal.com>
**Subject:** FW: "AlgaeCal CA" Sample | Important Update

---

**From:** Marty Scabarozi [mailto:marty.scabarozi@jasperproducts.com]
**Sent:** August-08-12 5:27 AM
**To:** 'Mike - AlgaeCal'
**Subject:** FW: "AlgaeCal CA" Sample | Important Update

FYI– Not sure who these people are or how they got my name.

-----Original Message-----
**From:** AlgaeCal Truth [mailto:algaecal.alert@hotmail.com]
**Sent:** Wednesday, August 08, 2012 3:16 AM
**To:** Connie Taft; Marty Scabarozi; jinjo@heritage-foods.com
**Subject:** "AlgaeCal CA" Sample | Important Update

Jin Jo (Heritage Foods), and Marty Scabarozi (Jasper Products)

It was brought to our attention that you recently received a sample of an ingredient labelled "**AlgaeCal CA**".

**This is an important update regarding the validity of the above mentioned "AlgaeCal CA" sample.**

Dean Neuls, CEO of AlgaeCal is claiming that this AlgaeCal CA, is the same Brazilian marine algae (algas calcareas) as the original AlgaeCal. Dean Neuls is claiming that they are removing the exterior of the Brazilian algae and that is why this AlgaeCal CA is higher in elemental calcium, white instead of beige and all of a sudden lower in lead and arsenic levels than the original AlgaeCal.

**This story is completely false; AlgaeCal CA is actually an industrial grade calcium carbonate powder made up of coral calcium and oyster shells from the Dominican Republic called Niva Kal (See Evidence Below).**

This is a blatant attempt to deceive and defraud your company into going to market with a fake AlgaeCal formula, while using the marketing story of the original Certified Plant Sourced AlgaeCal that is hand harvested from the beaches of Brazil, supported by the real AlgaeCal documentation, certifications and clinical research.

It is no secret that AlgaeCal has had supply issues and since being featured on the Dr Oz Show any real AlgaeCal inventory that was even close to passing lead and arsenic levels has been sold.  Now in a desperate display of greed they all of a sudden come up with a new process of removing the exterior of the algae and come up with a new AlgaeCal CA that is a different color, almost 10% higher in elemental calcium, and falls below the necessary lead and arsenic levels.

**All The Evidence You Need  to Prove that Your Sample of AlgaeCal CA is Not AlgaeCal at All is Below:**

**All of this info has been sent to the FDA and to the dozens of other companies that AlgaeCal has tried to sell AlgaeCal CA.**
We urge you to have your labs to run the appropriate tests and you will see that all of the info below will make sense.

**Proof of Lead Issues:**  See Consumer Lab Report from April 2011: Calcium Supplements Reviewed by ConsumerLab.com.  AlgaeCal Plus was found to be well over the maximum levels allowed by Prop 65 Regulations.

**AlgaeCal CA is Actually Niva Kal**

Niva Kal is sold by Niva Minerals (http://nivaminerals.com) or available via WM Nutra (http://www.wmbnutra.com/Niva.htm)
Niva Minerals specializes in micro pulverized Calcium Carbonate obtained from rocky silts of fossils of Corals and Mollusk Marines, predomination by Oysters, of approximately 10 million years of ages. Our Mine and our Processing plant are located in **Dominican Republic**  and **The rocks are selected, classified and solely milled,  and having insignificant levels  in percentages of Lead, Iron, Arsenic and Heavy Metals.**

**Niva KAL ® Industrial Grade– SPECIFICATIONS**

- Calcium is of approximately of **39% – 40%**

- The **Lead** content is inferior to **0.125 p.p.m**.

**Proof that AlgaeCal has Purchsed Large Quantities of Niva Kal with The Intention of Selling it as "AlgaeCal CA"**

**Recent Shipment Received by AlgaeCal from Dominican Republic Containing 40 Tons of Niva Kal**

**Port of Loading :** CAUCEDO  >>>>> **Port of Discharge :** NEW YORK  >>>> **ETA:** July 13, 2012

**Carrier :** EVERGREEN SHIPPING AGENCY >>>>>  **Vessel:** CONTI HARMONY >>>>
**Voyage No:** 003N

**OBL:** EGLV479200008391 >>>> **Shipper:** LMT INTERNATIONAL >>>>> **Consignee:** ALGAECAL INC C/O UNCOMMON

2 Containers – 2160 **NIVA KAL**  - 49.90 T – Calcium Carbonate

# EXHIBIT G

Home (http://boneblast.com/)     About Us (http://boneblast.com/about/)

**(http://boneblast.com/)**

Bone Health (http://boneblast.com/bone-health-trends-and-topics-that-women-need-to-know/)

Skin Care (http://boneblast.com/skin-care-products/)     Blog (http://boneblast.com/blog/)     Contact (http://boneblast.com/contact/)

Shop (http://boneblast.com/shop/)

# BoneBlast Plant Based Calcium Supplement from Pure Ocean Algae

BoneBlast Plant Calcium is a unique plant source of calcium from Icelandic ocean algae.   This plant source of calcium and bone building minerals is basically a food source of goodness that is easily accepted and used by your body.

You will find that plant based calcium is body friendly and more efficient than traditional calcium supplements, therefore you don't need to consume as much to get what your body needs.

BoneBlast is simply a well balanced mixture of natural organic minerals you need. Then to ensure maximum benefits BoneBlast is enhanced with Vitamins D3 and K2 (MK-7), two essential ingredients for absorption and safety.

# When Your Bones Feel Young, YOU Feel Young!



*BoneBlast TV, thanks to Director Charles Wahl and friends*

(http://boneblast.com/forms/popform.html?
iframe=true&width=40%&height=70%)

# What Makes BoneBlast Different from All the Other Calcium Products Out There?

**Food Based** – Whole- food source of calcium, just dried algae (plant) in a powdered form just like any other vegetable you may eat

**Body Friendly** – All natural ingredients making it easy to digest, without constipation or bloating

**Perfect Balance** – You need much more than just calcium, BoneBlast contains dozens of vital trace minerals for a well balanced approach to bone health

**More Efficient** – Plant based calcium is used more efficiently by your body so less capsules for you to take each day

**Completely Safe** – Research shows that plant calcium  doesn't attribute to arterial calcification, something that can lead to heart attacks

**A Truly Pure Source of Algae** – All of the goodness from BoneBlast comes from an ocean Algae harvested off the coast of Iceland where one thing is for sure, the oceans are ice cold and clean of pollutants and toxins

# Try BoneBlast Now, You Won't Regret It!



Buy BoneBlast Now

# What Women are Saying About BoneBlast

Finally after few days, I can say I can digest this Calcium without any side effects .. I am thrilled. I tried so many types of Calcium, I always had to stop because it was making me sick. I have a lot of food allergies and this one is the right one for me.
**Product Rating:** 5/5 – Very Happy

Fast shipping. Great communication. Very good customer service
**Customer Service Rating:** 5/5 – Very Happy

Pheme, Oregon, USA

I was looking for a calcium product that was not citrate or carbonate based and hopefully algae based. So I was happy to find you and will continue to buy your product.

**Product Rating:** 5/5 – Very Happy

I recieved your product promptly and in good condition.

**Customer Service Rating:** 5/5 – Very Happy

Claudia Denny, Kentucky, USA

So far so good. Only been taking it for a short while.

**Product Rating:** 5/5 – Very Happy

The product arrived very quickly!

**Customer Service Rating:** 5/5 – Very Happy

Diane G. Dolcourt, Florida, USA

# Even Dr Oz Recommends Plant and Algae Based Calcium

Whether you're a fan of Dr. Oz or not, you have to admit that he has come out with some pretty useful health tips over the years. In 2012 alone he had several small, helpful pieces of advice that had the ability to create big improvements in your health without making huge changes or sacrifices.

Among the long list of recommendations he had for health in 2012, he mentioned the use of plant-based calcium and minerals as a preventative measure to ensure bone health through-out the course of your life.

Dr Oz has also suggested the use of red mineral algae for the relief of joint pain, so basically Dr Oz has suggested or recommended algae based ingredients on several occasions and for multiple uses.



**The Dr. Oz Show is a registered trademark of ZoCo 1, LLC

# BoneBlast Calcium and Mineral Supplement

**Ingredients**
**90 Veggie Capsules per Bottle | Serving Size: 3 Capsules | Servings Per Bottle: 30**

- **Calcium:** 585mg from Ocean Algae

- **Magnesium:** 45mg from Ocean Algae

- **Vitamin D3:** 1050 IU from CHOLECALCIFEROL

- **Vitamin K2:** 60mcg from MK-7

** 1950 mg of Ocean Algae = 585 mg of elemental Calcium, and 45 mg of elemental Magnesium. The remaining Ocean Algae consists of several trace minerals that all play a role in bone health.

| Calcium | Magnesium | Boron | Chromium |
|---|---|---|---|
| Copper | Iron | Manganese | Molybdenum |
| Nickel | Phosphorous | Potassium | Selenium |
| Silicon | Strontium | Vanadium | Zinc |

## BoneBlast Instructions:

As a dietary supplement we suggest to take 3 capsules per day, preferably with a meal.

## Is There Enough Calcium in BoneBlast?

According to the latest research the average American diet contains approximately 600 - 700 mg of calcium, so if you are aiming for 1000 mg of calcium per day then 3 capsules of BoneBlast per day will give you the extra 585 mg of elemental calcium needed to meet your recommended intake level.

Of course if your diet is lacking in calcium rich foods, then you can definitely take 4 capsules per day to ensure you give your body the necessary amount of calcium.



## Supplement Facts
Serving Size: 3 Capsules
Servings per Container: 30

| Amount per serving | D.V.* |
|---|---|
| **Calcium** (from Algae) 585 mg | **59%** |
| **Magnesium** (from Algae) 45 mg | **11%** |
| **Vitamin D3** (Cholecalciferol) 1050 IU | **263%** |
| **Vitamin K2** (as MK7)  60 MCG | **75%** |
| Aquamin TG (Lithothamnion sp.) (seaweed-Algae)  1950 mg** (Natural source of plant calcium and minerals from algae) | |

\* Percent Daily Value (D.V.) Based on a 2,000 Calorie Diet
\** Percent Daily Value (D.V.) Not Established

*Get BoneBlast Now*

**Bone health research involving the algae found in BoneBlast (Lithothamnion Calcareum)**

"A single dose pharmakinetic and pharmacodynamic comparison of two calcium supplements in pre-menopausal women," J L Frestedt, M A Kuskowski, J L Zenk, Minnesota Applied Research Centre (MARC)

**Joint health research involving the algae found in BoneBlast (Lithothamnion Calcareum)**

"A natural mineral supplement provides relief from knee osteoarthritis symptoms: a randomised controlled placebo controlled pilot trial," J L Frestedt, M Walsh, M A Kuskowski, J L Zenk, Minnesota Applied Research Centre (MARC)

---

Follow us

Secure Shopping

Trusted Merchant

Payment Options





Find us on Google+
(https://plus.google.com/107720679423256776014)

(http://www.instantssl.com)

(http://www.thefind.com/store/about-boneblast)

(https://checkout.google.com/reviews/merchant/sellerId=676740102420256)

About Us (http://boneblast.com/about/)      Contact (http://boneblast.com/contact/)

Shop (http://boneblast.com/shop/)

Shipping Info and Policies (http://boneblast.com/shop/policies-terms-and-conditions-for-boneblast-com-and-
nevistas-health/)

BoneBlast.com is a Trademark of Nevistas S.C.

2013 © All Rights Reserved

*These statements have not been evaluated by the Food and Drug Administration.These products are not intended to diagnose, treat, cure, or prevent any disease.

**The Dr. Oz Show is a registered trademark of ZoCo 1, LLC, which is not affiliated with and does not sponsor or endorse the products or services of BoneBlast.com. All Rights Reserved.

# EXHIBIT H





### Your Domain Starting Place...

Type here for whois, domain and keyword results    GO

Whois Lookup      Domain Name Search      Web and SEO Tools

## boneblast.com is not available*

boneblast.net      boneblast.org

## WHOIS information for boneblast.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.register.com]
[Querying whois.register.com]
[whois.register.com]

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Register.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

=-=-=-=

Registered through: Register.com, Inc.

Domain name: boneblast.com
  Is the domain you want taken? Make an offer: http://www.afternic.com/rcom.php?
ref_id=2987&name=boneblast.com

Registrant Contact:
   Nevistas S.C.
   Thomas Wahl ()

   Fax:
   Av, Hidalgo No. 271–4
   Col. Centro
   Chapala, Jalisco 45900
   MX

Administrative Contact:
   Nevistas S.C.
   Thomas Wahl (twahl@nevistas.com)
   +1.8777068418
   Fax: +.
   Av, Hidalgo No. 271–4
   Col. Centro
   Chapala, Jalisco 45900
   MX

Technical Contact:
   Nevistas S.C.
   Thomas Wahl (twahl@nevistas.com)
   +1.8777068418
   Fax: +.
   Av, Hidalgo No. 271–4

## VerioMail
powered by Zimbra®

### Spring Savings
1-month FREE* on VerioMail Professional

A cloud-based, business-class
e-mail solution to keep your
business connected.

- Full Outlook® and mobile sync
- Calendar and collaboration tools
- 24/7 Technical support

$5.99/mo.

Tell me
MORE!

### Similar Domains    see more domains

| | hollowboneblast.com | $11.59 |
| | bone-bash.net | $11.59 |
| | pearlboneblast.com | $11.59 |
| | bonegoodtime.us | $11.59 |
| | argumentblast.org | $11.59 |

buy all selected

### Premium Domains **    see more domains

scrapparty-digishop.com    Make Offer

bonebash.com    available for $1200

? What are premium domains?

Col. Centro
Chapala, Jalisco 45900
MX

Status: Active

Name Servers:
   jay.ns.cloudflare.com
   jean.ns.cloudflare.com

Creation date: 03 Sep 2012 21:17:01
Expiration date: 03 Sep 2015 21:17:00


=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002


Visit AboutUs.org for more information about boneblast.com


Register your domain name at http://www.register.com

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc

   Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The
registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain
name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you
receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain
names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

# EXHIBIT I

4/24/13                    Nevistas Health Natural Supplements & Beauty Products | Contact Nevistas Health - Nevistas Health Natural Supplements & Beauty Products

Case 1:13-cv-00642-SS  Document 1-2  Filed 07/31/13  Page 15 of 50

Call Us Today! 1.877.706.8418  |  support@nevistashealth.com

 Nevistas Health

Home        About Us        Services        Our Work        Blog        Shop        Contact Us

Contact Nevistas Health                                                  Home / Contact Nevistas Health

## United States

**Internet Solutions Abroad LLC**
# 508 – 5348 Vegas Drive
Las Vegas, NV 89108
877-706-8418

## Mexico

**Nevistas S.C.**
Carretera Oriente No. 32-B Esq. Galeana
Ajijic, Jalisco, 45920
Tel.: 376-765-3774



**Toll Free: 1-877-706-8418**

## Complete the form below and we will contact you as soon as possible

Name (required)          Email (required)          Subject

Message

SUBMIT FORM

---

CONTACT INFO

#508 5348 Vegas Dr. NV Las Vegas
89108

Phone: 877-706-8418

Email: Send us a Message

Web: Nevistas Health

RECENT WORKS

 
 

RECENT TWEETS

Want to keep or improve your
posture? Try these exercises
http://t.co/4Q8Rqqe8Iz
9 hours ago

Congratulations to the winners
of the Beauty Army contest!
Enjoy your BoneBlast!

PAGES

Home

Services

Shop

Policies

Contact Us

4/24/13     Nevistas Health Natural Supplements & Beauty Products | Contact Nevistas Health - Nevistas Health Natural Supplements & Beauty Products

Case 1:13-cv-00642-SS Document 1-2 Filed 07/31/13 Page 16 of 50

http://t.co/pXtsY7bNAU

1 day ago

---

Copyright 2013 | All Rights Reserved | Nevistas S.C.

Home (http://boneblast.com/)    About Us (http://boneblast.com/about/)

**(http://boneblast.com/)**

Bone Health (http://boneblast.com/bone-health-trends-and-topics-that-women-need-to-know/)

# Contact BoneBlast

Skin Care (http://boneblast.com/skin-care-products/)    Blog (http://boneblast.com/blog/)    Contact (http://boneblast.com/contact/)

Shop (http://boneblast.com/shop/)

*BoneBlast.com (http://boneblast.com)*  | Contact BoneBlast

USA    Mexico

Internet Solutions Abroad LLC
# 508 – 5348 Vegas Drive
Las Vegas, NV 89108
877-706-8418

## Contact BoneBlast.com by Phone

- Toll Free: 1-877-706-8418 (North America)
- Toll Free: +44 800 011 9810 (United Kingdom)
- International: +1 702-329-9905

## Complete the form below and we will contact you as soon as possible

Name

Email

Send

---

**Follow us**

**Secure Shopping**

**Trusted Merchant**

**Payment Options**



(http://www.instantssl.com/)

(http://www.thefind.com/store/about-



Find us on Google+

(https://plus.google.com/113720794606472805) boneblast (https://plus.google.com/reviews/merchant/sellerId=676740102420256)

About Us (http://boneblast.com/about/)     Contact (http://boneblast.com/contact/)

Shop (http://boneblast.com/shop/)

Shipping Info and Policies (http://boneblast.com/shop/policies-terms-and-conditions-for-boneblast-com-and-nevistas-health/)

BoneBlast.com is a Trademark of Nevistas S.C.

2013 © All Rights Reserved

*These statements have not been evaluated by the Food and Drug Administration.These products are not intended to diagnose, treat, cure, or prevent any disease.

**The Dr. Oz Show is a registered trademark of ZoCo 1, LLC, which is not affiliated with and does not sponsor or endorse the products or services of BoneBlast.com. All Rights Reserved.

# EXHIBIT J



# EXHIBIT K



**From:** Why Vitamin D3 <info@whyvitamind3.info>
**Date:** Mon, 14 Jan 2013 21:51:46 -0600
**To:** murray@algaecal.com<murray@algaecal.com>
**ReplyTo:** Why Vitamin D3 <info@whyvitamind3.info>
**Subject:** New Plant Calcium Designed for Women by Women

# WhyVitaminD3

Dear Herta

As promised the new Woman's Plant Calcium formula called BoneBlast is here.
I know we have all been waiting a long time for this one but I believe it will be well worth the wait.

** Special Promo Code , good for 5% off an exciting new Woman's Plant Calcium, called BoneBlast Plant Calcium!

Take 5% Off with coupon code BONEBLASTD3

(BONEBLASTD3 Offer expires Friday 18/01/2013)

To redeem your coupon code please visit www.bone-blast.net and enter your coupon code at checkout.

As always let us know what you think of this new calcium product, we will be collecting reviews and
we will display them for all on our website.

Once again thank you very much for your patience, hope you enjoy.

Sincerely,

WhyVitamin D3

Click here to unsubscribe

# EXHIBIT L





-----Original Message-----
From: paypal@algaecal.com
Date: Sun, 31 Mar 2013 05:19:15
To: <access@fda.gov>
Cc: <Peter.Chow@fda.hhs.gov>; <mike@algaecal.com>; <jamie.f@algaecal.com>;
<jeanne@algaecal.com>; <carlos@yshealth.com>; <jbrams@gardenoflife.com>;
<bill@alliednutraceutical.com>
Subject: FDA  Loop Holes - Ingredient Switch

Hi Guys,


Here is the spec sheet and support tests for AlgaeCal CA.


Dean Neuls

CEO

AlgaeCal Inc.

I must tell you about very recent developments with
AlgaeCal: we just got tests in that indicate that the lead in the product is too high for sales into
California (due to stringent Prop 65 rules). The good news is we began experimenting with using only
the interior of the algaes hoping that the high lead was because of the exterior of the plant- and we
were correct. So we have changed our production process to discard the exterior and only mill and bag
the interior - resulting in all heavy metals being much lower - a cleaner product. Also good news is that
the calcium is higher  (minimum is 37%) so less material is needed to provide our clinical dosage. With
this higher calcium percentage 1kg of material will make 17.5 bottles (a month's supply providing the
clinical dosage) rather than 12.9 bottles that the previous material did at 30% calcium.


However, we won't have this material ready to ship to you for 4-6 weeks. I'm very sorry that this will
interrupt your launch plans - but it is a necessary switch we must make for legal reasons.

Please let me know if I can mail you a sample of the new material right away.


Sincerely,

Mike

This 2.5 kg AlgaeCal-CA sample was packed in 2 x 1kg bag, and 1 x 0.5kg bag total 3 bags = 2.5 kg. We don't have any info on file for AlgaeCal-CA.

No we will continue to offer both- because different companies are used to = formulating with the original (re: calcium level differences).
As to your question about discarding the exteriors: we were told that the i= nterior may have a different Ca level - and found that was true.

The price is the same as it's the same algae. We're just choosing to discar= d the exterior now.

Regards,

Mike

From: Mike - AlgaeCal [mailto:mike@algaecal.com]
Sent: July-10-12 10:24 AM
To: support@algaecal.com; 'Jeanne - AlgaeCal'
Cc: 'Dean - AlgaeCal'
Subject: Jeanne and/or Kyle- can u give me any answers to what Fedex is asking? ...see below re: sample held up at Can. US border

"Hi Mike,

Please provide the manufacturer's name, address, FDA Registration number prior notice confirmation number and also verify how the items are packed
(internal) "

From: Shandrikka Ross [mailto:shandrikka_ross@ftn.fedex.com]
Sent: July-10-12 10:18 AM
To: Mike - AlgaeCal
Subject: RE: sample held up at Can. US border

Hi Mike,

Please provide the manufacturer's name, address, FDA Registration number prior notice confirmation number and also verify how the items are packed
(internal)

Kind Regards,

S. Rena Ross

Sr. ECO Import Coordinator O.G.A.

Fedex Trade Networks Express Clearance

3800 Forest Hill Irene

Memphis, TN 38125

phone:901-752-3156

Fax:901-752-3256

email:srross@fedex.com

cid:image002.jpg@01CD2DEB.6701AD20

Are you aware that FedEx Trade Networks offers international freight forwarding, air & ocean transportation, customs brokerage, trade and customs advisory services, and other value-added services?  FedEx Trade Networks can help increase your supply chain efficiency and drive down your overall costs.  If you would like to learn more, please e-mail a FedEx Trade Networks Representative at

<mailto:FTN_MEM_CS@ftn.fedex.com?subject=I%20am%20interested%20in%20a%20foll ow-up%20from%20a%20Sales%20Associate> FTN_MEM_CS@ftn.fedex.com

cid:image001.gif@01CC319D.3EA7C2B0

From: Mike - AlgaeCal [mailto:mike@algaecal.com]
Sent: Tuesday, July 10, 2012 12:03 PM
To: srross@fedex.com
Subject: sample held up at Can. US border

Hi Renee,

I was just told that
a sample of AlgaeCal is being held up at Can. US border (going from Vancouver to ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ MO.  64804▮▮▮▮▮

and that you need more info from me for US customs. Please let me know what info is needed.

Regards,


Mike Dewey

Marketing Manager

AlgaeCal Inc.

2805-1323 Homer St, Buzzer #335

Vancouver, BC Canada  V6B 5T1


Mike:  If you want to use AlgaeCal Inc. as Manufacturer Name, this is our FDA No.


From: Jeanne - AlgaeCal [mailto:jeanne@algaecal.com]
Sent: April-29-11 4:16 PM
To: Jeanne - AlgaeCal
Subject: FDA No. ████████ / NPN No. ████████ / Tariff Code for Calcium Powder to USA
████████



████████████████████████████████████████

NEW PRODUCT

Calcium Carbonate ████████
Loss on Drying ████████
Magnesium and Alkali Salts ████████
Acid Insulubles ████████
Lead ████████
Arsenic ████████
Fluoride ████████
Barium  Pass
Iron ████████
Mercury ████████
Heavy Metals ████████
Chlorides ████████
Sulfates ████████
Total Yeasts and Mold ████████
Total Aerobi ████████


Product AlgaeCal
Origin ████████
Colour  Beige
Calcium ████████
Magnesium ████████
Lead ████████
Arsenic ████████

Product AlgaeCal CA
Origin  ?
Colour  White
Calcium
Magnesium
Lead
Arsenic

Product NEW PRODUCT?
Origin  Dominican Republic
Colour  White
Calcium
Magnesium        ?
Lead
Arsenic

# EXHIBIT M



Your Domain Starting Place...

+ SHARE

| Type here for whois, domain and keyword results | GO |

Whois Lookup          Domain Name Search          Web and SEO Tools

## algaecalfraud.com is not available*

algaecalfraud.net    algaecalfraud.org

### WHOIS information for algaecalfraud.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.internet.bs]
[Querying whois.internet.bs]
[whois.internet.bs]
Domain registered by: OrangeWebsite.com -
100% Anonymous domain registration service

Domain algaecalfraud.com

Date Registered: 2013-3-31
Expiry Date: 2014-3-31

DNS1: ns7.orangewebsite.com
DNS2: ns8.orangewebsite.com

Registrant
   AlgaeCal Fraud
   Deano Fraud
   Email:algaecalfraud@mail.com
   1305 W Homer St
   BB11103 St. Michael
   Barbados
   Tel: +1.7788992012

Administrative Contact
   AlgaeCal Fraud
   Deano Fraud
   Email:algaecalfraud@mail.com
   1305 W Homer St
   BB11103 St. Michael
   Barbados
   Tel: +1.7788992012

Technical Contact
   AlgaeCal Fraud
   Deano Fraud
   Email:algaecalfraud@mail.com
   1305 W Homer St
   BB11103 St. Michael
   Barbados
   Tel: +1.7788992012

Register your domain name 100% anonymously at www.orangewebsite.com. We accept Bitcoin as
payment method!



VerioMail
powered by Zimbra®

Spring Savings
1-month FREE*on VerioMail Professional

A cloud-based, business-class
e-mail solution to keep your
business connected.

- Full Outlook® and mobile sync
- Calendar and collaboration tools
- 24/7 Technical support

$5.99/mo.

Tell me
MORE!

### Similar Domains          see more domains

| | | |
|---|---|---|
| ☐ algaecaldeception.com | | $11.59 |
| ☐ mosscalduplicity.net | | $11.59 |
| ☐ algaecalduplicity.info | | $11.59 |
| ☐ pondscumcaldeceit.net | | $11.59 |
| ☐ mosscalracket.us | | $11.59 |
| buy all selected | | |

### Premium Domains **          see more domains

There are no domains that fit your criteria.

❓ What are premium domains?

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

Case 1:13-cv-00642-SS Document 1-2 Filed 07/31/13 Page 32 of 50



Whois
Identity for everyone

| | Whois Lookup |

Domains    Web Hosting    Email    SSL    Website Builder    **WHOIS**    Support

### algaecaldroz.com registry whois
Updated 1 second ago - Refresh

Domain Name: ALGAECALDROZ.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS63.DOMAINCONTROL.COM
Name Server: NS64.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 15-apr-2013
Creation Date: 10-apr-2012
Expiration Date: 10-apr-2014

### algaecaldroz.com registrar whois
Updated 1 second ago

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: ALGAECALDROZ.COM
    Created on: 10-Apr-12
    Expires on: 10-Apr-14
    Last Updated on: 15-Apr-13

   Registrant:
   Nevistas S.C.
   Av, Hidalgo No. 271-4
   Col. Centro
   Chapala, Jalisco 45900
   Mexico

   Administrative Contact:
    Wahl, Thomas **twahl**@nevistas.com
    27-1300 King St. E. Suite 194
    Oshawa, ON L1H 8J4
    Canada
    +1.4168406565

   Technical Contact:
    Wahl, Thomas **twahl**@nevistas.com
    27-1300 King St. E. Suite 194
    Oshawa, ON L1H 8J4
    Canada
    +1.4168406565

   Domain servers in listed order:
    NS63.DOMAINCONTROL.COM
    NS64.DOMAINCONTROL.COM

**Hot Deals!**



**.BIZ @ $3.88** $9.88



Web Hosting

Host Unlimited Domains

Starts @ $7.88 per month

✔ Unlimited Disk Space
✔ Unlimited Data transfer
✔ Unlimited Databases
✔ Unlimited Email Accounts
✔ 30 Day Money Back Guarantee

View Plan

related domain names

godaddy.com        domaincontrol.com        nevistas.com

**Domains**                **Hosting & Products**        **Infrastructure**              **Support**

Register Domain Name       Linux Hosting                 Datacenter Details              View Knowledge Base        Follow us on Twitter
                                                                                                                    for Exclusive Offers!
View Domain Pricing        Windows Hosting               Hosting Security                Contact Support

Bulk Domain Register       Linux Reseller Hosting        24 x 7 Servers Monitoring       Report Abuse

Bulk Domain Transfer       Windows Reseller Hosting      Backup and Recovery             About Whois

Whois Lookup               Website Builder

Name Suggestion Tool       Email

Free with Every Domain     SSL

View Promos

Copyright © Whois. All rights reserved

Privacy Policy | Legal Agreement

# EXHIBIT N

AlgaeCal Fraud – The Truth About AlgaeCal

# AlgaeCal Fraud

The Truth About AlgaeCal

Search this website…

Home        About This Site        AlgaeCal History

# Forged COAs Check Your AlgaeCal Samples

Evidence has been found showing that AlgaeCal was forging certificates of analysis to hide the heavy metal levels of their raw ingredient. The evidence including the lab results and Lot # involved in this cover up will be … [Read more...]

Filed Under: Coming Soon, Customers, Ingredients, Lab Results

# Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

It is no secret that after AlgaeCal the ingredient was mentioned on the Dr Oz show there was tremendous demand for the ingredient and several new AlgaeCal formulas hit the market. So the story goes that when AlgaeCal was … [Read more...]

## Topics

Clinical Research

Coming Soon

Customers

Formulas

Ingredients

Lab Results

Uncategorized

## Latest Comments

Mike Smith on AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

Filed Under: <u>Customers</u>, <u>Formulas</u>, <u>Ingredients</u>, <u>Lab Results</u>

# AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

In April 2011, Consumer Lab (http://consumerlab.com) tested a number of calcium supplements including AlgaeCal Plus. According to the Consumer Lab AlgaeCal Plus failed for label infractions and high lead content. The … <u>[Read more...]</u>

Filed Under: <u>Formulas</u>, <u>Ingredients</u>, <u>Lab Results</u>, <u>Uncategorized</u>

# If AlgaeCal is Contaminated With High Lead Levels Then So is Garden of Life Raw Calcium

Coming Very Soon…. … <u>[Read more...]</u>

Filed Under: <u>Coming Soon</u>

# AlgaeCal Clinical Studies and Major Conflict of Interest

AlgaeCal is constantly claiming to be the only calcium supplement to increase bone density, how believable is that?  Quick background on the clinical research behind AlgaeCal.  All of the so called significant clinical … [Read more...]

Filed Under: Clinical Research, Lab Results, Uncategorized

# AlgaeCal Plus and Brazil Live Coral Calcium

I for one do not trust any product that is sold under two separate names and marketed as two completely different ingredients, but really it is the exact same ingredient? Just have a look below and you will see that the … [Read more...]

Filed Under: Formulas, Ingredients, Uncategorized

# How AlgaeCal Tricked the FDA To Get Away With Making Unapproved Health

AlgaeCal Fraud - The Truth About AlgaeCal

# Claims

Coming Very Soon.... … [Read more...]

---

Filed Under: Coming Soon

---

** Some of the info found on this site will be inside information that I have copied from my friend's computer without them knowing. Even though my friend would not approve of me publishing this info I feel that the world deserves to know the truth behind AlgaeCal. **

Return to top of page                    Copyright © 2013 AlgaeCal Fraud

# AlgaeCal Fraud

The Truth About AlgaeCal

Search this website…

**Home**     **About This Site**     **AlgaeCal History**

You are here: Home / Coming Soon / Forged COAs Check Your AlgaeCal Samples

# Forged COAs Check Your AlgaeCal Samples

Evidence has been found showing that AlgaeCal was forging certificates of analysis to hide the heavy metal levels of their raw ingredient. The evidence including the lab results and Lot # involved in this cover up will be posted as it is gathered.

If you have received any of the samples listed below or any raw ingredient from AlgaeCal it would be wise to have your labs test your supplied ingredients to ensure that it matches the COA and Specification Sheet you were given.

And thank you to those that have sent in additional evidence including some of the COAs that you will see below:

# AlgaeCal Stated Specifications

## Topics

Clinical Research

Coming Soon

Customers

Formulas

Ingredients

Lab Results

Uncategorized

## Latest Comments

Mike Smith on AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

**Color:** Beige powder

**Calcium** 27% min.

**Magnesium** 2.5%

**Heavy Metals**

**Lead** less than .5 ppm ICP-MS

**Arsenic** less than .2 ppm ICP-MS

**Cadmium** less than .2 ppm ICP-MS

**Mercury** less than .01 ppm ICP-MS

# Actual AlgaeCal Specifications

### Lot 10 (1) – Advanced Laboratories Test Results:

**Lead** 1.534 ppm ICP-MS USP

**Arsenic** 7.069 ppm ICP-MS USP

**Calcium** 315,200 ppm ICP-OES USP

**Magnesium** 34,760 ppm ICP-OES USP

### Lot 10 (2) – Advanced Laboratories Test Results:

**Lead** 1.568 ppm ICP-MS USP

**Arsenic** 9.861 ppm ICP-MS USP

**Calcium** 38.0 % ICP-OES USP

### Lot 10 (3) – Advanced Laboratories Test Results:

Forged COA's Check Your AlgaeCal Samples

**Lead** 1.912 ppm ICP-MS USP

**Arsenic** 19.400 ppm ICP-MS USP

**Calcium** 28.1 % ICP-OES USP

---

**Lot 50 – Advanced Laboratories Test Results (very similar to coral calcium specifications with higher calcium and lower magnesium):**

**Arsenic** 0.107 ppm ICP-MS USP

**Calcium** 431,500 ppm ICP-OES USP

**Magnesium** 1,069 ppm ICP-OES USP

---

**Lot 8 – Advanced Laboratories Test Results:**

**Lead** 0.985 ppm ICP-MS/ICP-OES

**Arsenic** 0.882 ppm ICP-MS/ICP-OES

**Calcium** 320,500 ppm ICP-MS/ICP-OES

**Magnesium** 36,800 ppm ICP-MS/ICP-OES

---

**Lot 6 – Advanced Laboratories Test Results:**

**Lead** 0.720 ppm MS USP 31

**Arsenic** 0.705 ppm MS USP 31

**Calcium** 341,300 ppm OES USP 31

**Magnesium** 25,100 ppm OES USP 31

---

**Lot 2 – Advanced Laboratories Test Results:**

**Lead** 0.22 ppm ICP-MS

**Arsenic** 0.23 ppm ICP-MS

**Calcium** 28.3% ICP-MS

**Magnesium** 7.6% ICP-MS

# Quite a Difference Between Each Lot and The Stated Specification Sheets?

more coming very soon…

---

Filed Under: Coming Soon, Customers, Ingredients, Lab Results

## Related Posts

AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

AlgaeCal Clinical Studies and Major Conflict of Interest

Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

How AlgaeCal Tricked the FDA To Get Away With Making Unapproved Health Claims

AlgaeCal Plus and Brazil Live Coral Calcium

# Speak Your Mind

Name *

Email *

Website

Post Comment

---

**\*\* Some of the info found on this site will be inside information that I have copied from my friend's computer without them knowing. Even though my friend would not approve of me publishing this info I feel that the world deserves to know the truth behind AlgaeCal. \*\***

**Return to top of page**                               Copyright © 2013 **AlgaeCal Fraud**

Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

# AlgaeCal Fraud

The Truth About AlgaeCal

Search this website…

**Home**          **About This Site**          **AlgaeCal History**

You are here: [Home](#) / [Customers](#) / Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

# Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

It is no secret that after AlgaeCal the ingredient was mentioned on the Dr Oz show there was tremendous demand for the ingredient and several new AlgaeCal formulas hit the market. So the story goes that when AlgaeCal was unable to supply enough of the Brazilian algae ingredient to the other supplement companies that wanted to use AlgaeCal in their formulas they started offering a coral calcium to these companies.

There is nothing wrong with selling coral calcium, but unfortunately AlgaeCal was claiming that this coral calcium was actually AlgaeCal in an attempt to deceive these companies. On average coral calcium can be purchased in bulk for a few dollars per kilogram where as AlgaeCal the ingredient is sold for over $30-$40 per kilogram.

## Topics

[Clinical Research](#)

[Coming Soon](#)

[Customers](#)

[Formulas](#)

[Ingredients](#)

[Lab Results](#)

[Uncategorized](#)

## Latest Comments

Mike Smith on [AlgaeCal Plus Lead Contamination and the Consumer Lab Report from](#)

# Why and How

I don't have all of the details just yet but as far as I understand AlgaeCal could not find enough real AlgaeCal that was not contaminated with lead and arsenic to sell to these other companies so they decided to try blending the real AlgaeCal with coral calcium in an attempt to bring the lead and arsenic down to acceptable levels.

Then when AlgaeCal found that there was no way to consistently blend the coral calcium with the AlgaeCal they decided to go all the way and deceive people by putting the AlgaeCal name on a standard coral calcium so that they could continue to benefit from the Dr Oz demand.

# New AlgaeCal that Has Higher Calcium Content and Lower in Lead?

The story going around is that AlgaeCal claimed that they found a solution to the lead and arsenic problem with their ingredient by removing the exterior of the algae. They have been claiming that the interior of the algae was lower in lead and arsenic content and higher in elemental calcium.

If you have heard this story and have been sent a sample of this Algaecal powder that is supposed to be from the interior of the algae then do yourself a favor and analyze the sample as it is simply coral calcium.

I have seen shipping documents proving that Algaecal ordered 40 tons of a coral calcium from the Dominican Republic. These shipping documents are available to anyone that searches the USA port authority records.

more info coming soon…

Filed Under: Customers, Formulas, Ingredients, Lab Results

# Related Posts

Forged COAs Check Your AlgaeCal Samples

AlgaeCal Clinical Studies and Major Conflict of Interest

AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

AlgaeCal Plus and Brazil Live Coral Calcium

# Speak Your Mind

Name *

Email *

Website

Post Comment

---

** Some of the info found on this site will be inside information that I have copied from my friend's computer without them knowing. Even though my friend would not approve of me publishing this

Some AlgaeCal Formulas Might Be Nothing More than Coral Calcium

info I feel that the world deserves to know the truth behind AlgaeCal. **

Return to top of page

Copyright © 2013 AlgaeCal Fraud

About This Site | AlgaeCalFraud.com

# AlgaeCal Fraud

The Truth About AlgaeCal

Search this website…

**Home**     **About This Site**     **AlgaeCal History**

You are here: Home / About This Site, AlgaeCalFraud.com

# About This Site, AlgaeCalFraud.com

The main objective behind AlgaeCalFraud.com is to give people the story behind the popular plant source calcium supplement called Algaecal.  The blog posts that you will find on this site are more factual than opinion, because it is all based on first hand knowledge that I have learned from a friend that used to work for AlgaeCal.

**Why Believe the Info Found on This Blog?**

One of my good friends used to work with AlgaeCal and during my friend's time working with them I saw first hand the deception and fraudulent activities behind the success of AlgaeCal.  These illegal and unethical actions sickened my friend and eventually lead to my friend leaving AlgaeCal because the greed and deceit became unbearable.

## Topics

Clinical Research

Coming Soon

Customers

Formulas

Ingredients

Lab Results

Uncategorized

## Latest Comments

Mike Smith on AlgaeCal Plus Lead Contamination and the Consumer Lab Report from

About This Site | AlgaeCalFraud.com

Not everyone will want to believe the stories on this site, and that is fine, all I want to do is deliver important information to the public, and lets let the public decide if AlgaeCal is a product that they would want to put in their bodies?

**Disclaimer**

My friend has not authorized any of the info on this blog, and in fact I have taken matters upon myself to publish all of the info found on this website because I believe the world should know the truth behind this potentially dangerous product that has been sold to consumers all around the world.

As you will see almost all of the info found on this site will be inside information that I have copied from my friend's computer without them knowing.  Even though my friend would not approve of me publishing this info I feel that the world deserves to know the truth behind AlgaeCal.

---

** Some of the info found on this site will be inside information that I have copied from my friend's computer without them knowing. Even though my friend would not approve of me publishing this info I feel that the world deserves to know the truth behind AlgaeCal. **

**Return to top of page**                    Copyright © 2013 **AlgaeCal Fraud**